

0 4cv 3918

**Exhibit A**

Message-ID: <3BC0B6DC.D3389203@home.com>
From: Odious <Odious@home.com>
Organization: Happy Slappy The Wonder Pup.
X-Mailer: Mozilla 4.75 [en] (Windows NT 5.0; U)
X-Accept-Language: en
MIME-Version: 1.0
Newsgroups: alt.seduction.fast,alt.romance
Subject: !LOL! Just How Stupid Is Ray Gordon???
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
Lines: 75
Date: Sun, 07 Oct 2001 20:08:59 GMT
NNTP-Posting-Host: 24.4.92.141
X-Complaints-To: abuse@home.net
X-Trace: news1.rdc1.sdca.home.com 1002485339 24.4.92.141 (Sun, 07 Oct 2001 13:08:59 PDT)
NNTP-Posting-Date: Sun, 07 Oct 2001 13:08:59 PDT

We all know gordo is a moron.  We've all seen him demonstrate his
seemingly unending ignorance on almost every subject.  He's a variable
fount of retardation.

But just how stupid is Ray Gordon?

I was wondering this last night... I thought sure Gordo is stupid enough
to try to get people to pay 30 bucks just to access his web site, but was
he stupid enough to do so when the material he is selling exists on web
archives or caches.

The answer is a resounding yes.  I shit you not.

You see when Gordo was giving his books away for free on his web site, he
put them into the public domain, and various web archives made copies of
his page at that time using spider searches.

So I went to google.com and typed in Ray's URLs and there they were,
archived copies of Ray's books from his web site....  Now i know his
books are crap and it is very doubtful that anybody is even remotely
interested in them for their content.  However it is funny as hell that
ray is running around trying to charge 30 bucks for something that was
cached when it was free and can be accessed for free.

Ray is so stupid and inept, he probably doesn't even know that there are
numerous spider caches all over the web.  Discovering that his books are
available from these sources is going to really piss gordo off.  And the
best part is, there's not a damn thing ray can do about it, as he is the
one who put the material out there for free.

Here are some of the URLS to type into the google search to access the
cache.

Just go to:
http://www.google.com/advanced_search

then type cybersheet.com into the domain field and a few search terms like fox, foxhunting, and ASF into the field.

You'll get all of ray's shit, and a nice good view of just how much material he has stolen from usenet groups and other seduction sources like Ross' stuff and mystery's stuff and my stuff.

NOTE, don't click on the links below, simply cut and paste them one by one into the search field on google.com then click on the cached copy link:

http://www.cybersheet.com/library/29reasons/15.html.

http://www.cybersheet.com/hypno/index2.html

http://www.cybersheet.com/library/returningfox.html
Http://www.cybersheet.com/library/ftow.html
http://www.cybersheet.com/library/reversetimetable.html
http://www.cybersheet.com/library/rejection.html
http://www.cybersheet.com/library/boyfrienddestroyer.html
http://www.cybersheet.com/library/blurring.html
http://www.cybersheet.com/perfect.html


http://www.cybersheet.com/foxes.html
http://www.cybersheet.com/library/foxes/foreword.html
http://www.cybersheet.com/library/foxes/intro.html
http://www.cybersheet.com/library/foxes/1.html
http://www.cybersheet.com/library/foxes/2.html
http://www.cybersheet.com/library/foxes/3.html
http://www.cybersheet.com/library/foxes/4.html
http://www.cybersheet.com/library/foxes/5.html
http://www.cybersheet.com/library/foxes/6.html
http://www.cybersheet.com/library/foxes/7.html
http://www.cybersheet.com/library/foxes/8.html
http://www.cybersheet.com/library/foxes/9.html
http://www.cybersheet.com/library/foxes/10.html

4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
e-mail: ray@cybersheet.com

July 23, 2004

**Via Facsimile to (360) 253-4234**

Mr. Brian Mijiga
NamesDirect.com
11807 Northeast 99th Street, Suite 1100
Vancouver, WA 98682

## Re: Notice Of REPEAT Copyright Infringement Pursuant To The DMCA

Dear Mr. Mijiga:

On March 25, 2004, I sent a DMCA notice to Verio regarding the publication of a website known as "RayFAQ," located at http://www.ray-gordon.com (a copy of that notice is attached). I am writing to you again to notify you that the RayFAQ site has been placed back on the site through a link on the front page to the following URL:

http://www.geocities.com/lsuit2004/exhibits/exhibit-c-parker-v-LTSC-03-cv-6396-EDPA--rayFAQ.zip

Since that time, the ray-gordon.com website appears to have changed hosts, to Dotster. Even if Dotster is not the host, as the registrar you can still handle DMCA complaints through the domain.

I noticed that neither Dotster nor NamesDirect has a Service Provider Agent listed in the Library Of Congress directory (see, e.g., http://www.copyright.gov/onlinesp/list/d_agents.html). Consequently, I am not even required to file a DMCA notice and can simply sue in federal court should the need arise (for damages and costs, including attorney fees).

I notice that your site says that complaints can take up to 15 days to process. This is not tolerable for a copyright infringement. I expect immediate action pursuant to the law.

Sincerely,

Gordon Roy Parker
a/k/a "Ray Gordon"

cc:  Ms. Danna Johnson (via facsimile)

4247 Locust Street, #806
Philadelphia, PA 19104

March 25, 2004

<u>**Via Facsimile to (303) 792-3879**</u>

Ms. Susan Gindin
Verio
8005 S Chester St. Suite 200
Englewood, CO 80112

Re:  <u>**Notice Of Copyright Infringement Pursuant To The DMCA**</u>

Dear Ms. Johnson:

Pursuant to the DMCA, I send you this "takedown notice" regarding massive copyright infringements of my writing (and what purports to be my writing) at the websites located at http://www.ray-gordon.com and http://www.ray-gordon.net. These sites are hosted through Uncensoredhosting.com, a customer of yours who took the ray-gordon.com website down last year in response to a previous notification of infringement. They do not list an agent on the LOC website or on their own website (to the best of my knowledge and belief).  I therefore turn to you.

The following addresses each requirement of a DMCA notification pursuant to 17 USC §512(c)(3)(A):

i.      *Signature requirement.*  This letter is signed by me.

ii.     *Identification of works claimed to be infringed.*  Infringement occurs throughout both sites, as follows:

   a.   The http://www.ray-gordon.net site contains unauthorized republications of what is purported to be several of my USENET postings.  A visit to that page will show its content to include almost nothing but what is purported to be my writing.

   b.   The site at http://www.ray-gordon.com includes several pages which contain what are purported to be internet chat logs involving me, AOL profiles which are purported to be mine, an answering machine message of mine, and USENET postings which are mine and which are purported to be mine.  Following is a list of pages on the site mentioned in the lawsuit:

   **URL**                                              **Title**

   a.    http://www.ray-gordon.com/addr1.htm (Media Addresses in Philadelphia)

b.  http://www.ray-gordon.com/addr2.htm (Law Enforcement Addresses in Philadelphia)

c.  http://www.ray-gordon.com/addr3.htm (University Of Pennsylvania Addresses)

d.  http://www.ray-gordon.com/addr4.htm (Philadelphia Mental Health Agency Addresses)

e.  http://www.ray-gordon.com/amm.htm (Answering Machine Message)

f.  http://www.ray-gordon.com/chal.htm (Challenges to Ray)

g.  http://www.ray-gordon.com/chat.htm (Chat Logs Page 1)

h.  http://www.ray-gordon.com/chat3.htm (Chat Logs Page 3)[1]

i.  http://www.ray-gordon.com/chat4.htm (Chat Logs Page 4)

j.  http://www.ray-gordon.com/chat5.htm (Chat Logs Page 5)

k.  http://www.ray-gordon.com/chat6.htm (Chat Logs Page 6)

l.  http://www.ray-gordon.com/cidx.htm (Index)

m.  http://www.ray-gordon.com/complain.htm (Mock "Complaints" Page)

n.  http://www.ray-gordon.com/contents.htm (Site Table of Contents)

o.  http://www.ray-gordon.com/faqcont.htm (FAQ Contents)

p.  http://www.ray-gordon.com/faqhome.htm (FAQ Homepage)

q.  http://www.ray-gordon.com/final.htm (Ray's Final Posts)

r.  http://www.ray-gordon.com/help.htm (What you can do to deal with Ray's abuses...)

s.  http://www.ray-gordon.com/index0.html (Website front page, right frame)

t.  http://www.ray-gordon.com/intimid.htm (Possible Intimidation Of Federal Witnesses)

u.  http://www.ray-gordon.com/lawsays.htm (What the law *really* says)[2]

v.  http://www.ray-gordon.com/legals.htm (Ray's Threats Of Legal Action)

w.  http://www.ray-gordon.com/links.htm (Links Page)

x.  http://www.ray-gordon.com/main.htm (Ray Gordon FAQ and Info Page)

y.  http://www.ray-gordon.com/ngreply.htm (Suggested Newsgroup Replies)

z.  http://www.ray-gordon.com/part1.htm (The NEW And IMPROVED Ray Gordon FAQ)

aa.  http://www.ray-gordon.com/part2.htm (Part II of The Official Ray Gordon FAQ)

ab.  http://www.ray-gordon.com/part3.htm (Part III of The Official Ray Gordon FAQ)

ac.  http://www.ray-gordon.com/part4.htm (Part IV of The Official Ray Gordon FAQ)

ad.  http://www.ray-gordon.com/persinfo.htm (Ray Threatens To Reveal Personal Info)

ae.  http://www.ray-gordon.com/positive.htm (Positive E-mail)

af.  http://www.ray-gordon.com/rayside.htm (Ray's Side Of The Story)

ag.  http://www.ray-gordon.com/threats.htm (Ray's Threats - Part I)[3]

ah.  http://www.ray-gordon.com/updates.htm (Site updates)

---

[1] The "chat2" page seems to have been omitted from the site at this time.

[2] Emphasis original.

[3] The page has links to four pages of "threats" but the links did not work and the pages were not on the server at the time they were downloaded by Plaintiff.

c.  The pages <u>chat.htm</u> through <u>chat6.htm</u> contain what are claimed to be chat logs that include my writing.

d.  The pages <u>intimid.htm</u>, <u>legals.htm</u>, <u>part1.htm</u> thru <u>part4.htm</u>, <u>persinfo.htm</u>, and <u>threats.htm</u> all contain what are purported to be my USENET postings. Any USENET posting claimed to be mine is being used without my permission.

iii. ***Pages to disable access to.*** I seek disabling of access to any page which contains the unauthorized use of my writing on this site, including but not limited to the pages listed in ii(a-d) above. The material can be located at the appropriate URLs listed in ii(b) above. Also disable any page which ***links to*** these pages.

iv. ***Contact information.*** My contact information is as follows: Gordon Roy Parker, 4247 Locust Street, #806, Philadelphia, PA 19104. Telephone: (215) 386-7366. E-mail: ray@cybersheet.com.

v. ***Statement that use is not authorized.*** Based on the information set forth in this notice (that the site's publishers are purporting to be using my writing), I have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

vi. ***Statement of accuracy.*** I attest and swear, under penalty of perjury, based upon the information set forth in this notice (i.e., that the writing on the site is purported to be mine and therefore under my copyright control), that I am authorized to act on behalf of the copyright owner for the material in controversy that is allegedly infringed.

I have now met the requirements of the DMCA, and would like to add that I believe, as set forth in the Amended Complaint, that the ray-gordon.com website is a violation of my right to privacy, my right to publicity, and your TOS/AUP, and should have been disabled on those grounds as well.

Please address this situation expeditiously. Your assistance is appreciated.

Sincerely,

Gordon Roy Parker
a/k/a "Ray Gordon"

cc:  Ms. Danna Johnson (via facsimile)

4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
e-mail: ray@cybersheet.com

July 23, 2004

**Via Facsimile to (408) 792-3879**

Mr. Daniel Dougherty
DMCA Notification Agent
Yahoo!, Inc. Legal Department
701 First Avenue
Sunnyvale, CA 94089

Re:  **Notice Of Copyright Infringement Pursuant To The DMCA**

Pursuant to the DMCA, I send you this "takedown notice" regarding massive copyright infringements of my writing (and what purports to be my writing) at the website located at http://www.geocities.com/lsuit2004/index.htm.  This site is hosted through Geocities/Yahoo.

The following addresses each requirement of a DMCA notification pursuant to 17 USC §512(c)(3)(A):

1.  *Signature requirement.*  This letter is signed by me.

2.  *Identification of works claimed to be infringed.*  The site which used to be located at http://www.ray-gordon.com before it was taken down (see attached notice to Verio of March 25, 2004) included several pages which contain what are purported to be internet chat logs involving me, AOL profiles which are purported to be mine, an answering machine message of mine, and USENET postings which are mine and which are purported to be mine.  The site has now been placed in a ZIP file located at:

> http://www.geocities.com/lsuit2004/exhibits/exhibit-c-parker-v-LTSC-03-cv-6396-EDPA--rayFAQ.zip.  The ZIP file includes the following pages:

|  | URL/File | Title |
|---|---|---|
| a. | addr1.htm | (Media Addresses in Philadelphia) |
| b. | addr2.htm | (Law Enforcement Addresses in Philadelphia) |
| c. | addr3.htm | (University Of Pennsylvania Addresses) |
| d. | addr4.htm | (Philadelphia Mental Health Agency Addresses) |
| e. | amm.htm | (Answering Machine Message) |
| f. | chal.htm | (Challenges to Ray) |
| g. | chat.htm | (Chat Logs Page 1) |
| h. | chat3.htm | (Chat Logs Page 3)[1] |

---

[1] The "chat2" page seems to have been omitted from the site at this time.

     i.     chat4.htm (Chat Logs Page 4)

     j.     chat5.htm (Chat Logs Page 5)

     k     chat6.htm (Chat Logs Page 6)

     l.     cidx.htm (Index)

     m.     complain.htm (Mock "Complaints" Page)

     n.     contents.htm (Site Table of Contents)

     o.     faqcont.htm (FAQ Contents)

     p.     faqhome.htm (FAQ Homepage)

     q.     final.htm (Ray's Final Posts)

     r.     help.htm (What you can do to deal with Ray's abuses…)

     s.     index0.html (Website front page, right frame)

     t.     intimid.htm (Possible Intimidation Of Federal Witnesses)

     u.     lawsays.htm (What the law *really* says)[2]

     v.     legals.htm (Ray's Threats Of Legal Action)

     w.     links.htm (Links Page)

     x.     main.htm (Ray Gordon FAQ and Info Page)

     y.     ngreply.htm (Suggested Newsgroup Replies)

     z.     part1.htm (The NEW And IMPROVED Ray Gordon FAQ)

     aa.     part2.htm (Part II of The Official Ray Gordon FAQ)

     ab.     part3.htm (Part III of The Official Ray Gordon FAQ)

     ac.     part4.htm (Part IV of The Official Ray Gordon FAQ)

     ad.     persinfo.htm (Ray Threatens To Reveal Personal Info)

     ae.     positive.htm (Positive E-mail)

     af.     rayside.htm (Ray's Side Of The Story)

     ag.     threats.htm (Ray's Threats - Part I)[3]

     ah.     updates.htm (Site updates)

The pages chat.htm through chat6.htm contain what are claimed to be chat logs that include my writing.

The pages intimid.htm, legals.htm, part1.htm thru part4.htm, persinfo.htm, and threats.htm all contain what are purported to be my USENET postings. Any USENET posting claimed to be mine is being used without my permission.

3. ***Pages to disable access to.*** I seek disabling of access to any page which contains the unauthorized use of my writing on this site, including but not limited to the pages listed in ii(a-d) above. The material can be located at the appropriate URLs listed in ii(b) above. Additionally, ***please disable your search engine from returning results when***

---

[2] Emphasis original.

[3] The page has links to four pages of "threats" but the links did not work and the pages were not on the server at the time they were downloaded by Plaintiff.

*someone types in my name ("Gordon Roy Parker").* Name-specific search results constitute an unauthorized biography of an individual, and in this case, enable further copyright infringement.

4. *Contact information.* My contact information is as follows: Gordon Roy Parker, 4247 Locust Street, #806, Philadelphia, PA 19104. Telephone: (215) 386-7366. E-mail: ray@cybersheet.com.

5. *Statement that use is not authorized.* Based on the information set forth in this notice (that the site's publishers are purporting to be using my writing), I have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6. *Statement of accuracy.* I attest and swear, under penalty of perjury, based upon the information set forth in this notice (i.e., that the writing on the site is purported to be mine and therefore under my copyright control), that I am authorized to act on behalf of the copyright owner for the material in controversy that is allegedly infringed.

Please address this situation expeditiously. Your assistance is appreciated.

Sincerely,

Gordon Roy Parker
a/k/a "Ray Gordon"

/grp

4247 Locust Street, #806
Philadelphia, PA 19104

March 25, 2004

<u>**Via Facsimile to (303) 792-3879**</u>

Ms. Susan Gindin
Verio
8005 S Chester St. Suite 200
Englewood, CO 80112

Re:  <u>**Notice Of Copyright Infringement Pursuant To The DMCA**</u>

Dear Ms. Johnson:

Pursuant to the DMCA, I send you this "takedown notice" regarding massive copyright infringements of my writing (and what purports to be my writing) at the websites located at http://www.ray-gordon.com and http://www.ray-gordon.net. These sites are hosted through Uncensoredhosting.com, a customer of yours who took the ray-gordon.com website down last year in response to a previous notification of infringement. They do not list an agent on the LOC website or on their own website (to the best of my knowledge and belief). I therefore turn to you.

The following addresses each requirement of a DMCA notification pursuant to 17 USC §512(c)(3)(A):

i.     *Signature requirement.* This letter is signed by me.

ii.    *Identification of works claimed to be infringed.* Infringement occurs throughout both sites, as follows:

a.   The http://www.ray-gordon.net site contains unauthorized republications of what is purported to be several of my USENET postings. A visit to that page will show its content to include almost nothing but what is purported to be my writing.

b.   The site at http://www.ray-gordon.com includes several pages which contain what are purported to be internet chat logs involving me, AOL profiles which are purported to be mine, an answering machine message of mine, and USENET postings which are mine and which are purported to be mine. Following is a list of pages on the site mentioned in the lawsuit:

**URL**                                          **Title**

a.   http://www.ray-gordon.com/addr1.htm (Media Addresses in Philadelphia)

b.  http://www.ray-gordon.com/addr2.htm (Law Enforcement Addresses in Philadelphia)

c.  http://www.ray-gordon.com/addr3.htm (University Of Pennsylvania Addresses)

d.  http://www.ray-gordon.com/addr4.htm (Philadelphia Mental Health Agency Addresses)

e.  http://www.ray-gordon.com/amm.htm (Answering Machine Message)

f.  http://www.ray-gordon.com/chal.htm (Challenges to Ray)

g.  http://www.ray-gordon.com/chat.htm (Chat Logs Page 1)

h.  http://www.ray-gordon.com/chat3.htm (Chat Logs Page 3)[1]

i.  http://www.ray-gordon.com/chat4.htm (Chat Logs Page 4)

j.  http://www.ray-gordon.com/chat5.htm (Chat Logs Page 5)

k.  http://www.ray-gordon.com/chat6.htm (Chat Logs Page 6)

l.  http://www.ray-gordon.com/cidx.htm (Index)

m.  http://www.ray-gordon.com/complain.htm (Mock "Complaints" Page)

n.  http://www.ray-gordon.com/contents.htm (Site Table of Contents)

o.  http://www.ray-gordon.com/faqcont.htm (FAQ Contents)

p.  http://www.ray-gordon.com/faqhome.htm (FAQ Homepage)

q.  http://www.ray-gordon.com/final.htm (Ray's Final Posts)

r.  http://www.ray-gordon.com/help.htm (What you can do to deal with Ray's abuses…)

s.  http://www.ray-gordon.com/index0.html (Website front page, right frame)

t.  http://www.ray-gordon.com/intimid.htm (Possible Intimidation Of Federal Witnesses)

u.  http://www.ray-gordon.com/lawsays.htm (What the law *really* says)[2]

v.  http://www.ray-gordon.com/legals.htm (Ray's Threats Of Legal Action)

w.  http://www.ray-gordon.com/links.htm (Links Page)

x.  http://www.ray-gordon.com/main.htm (Ray Gordon FAQ and Info Page)

y.  http://www.ray-gordon.com/ngreply.htm (Suggested Newsgroup Replies)

z.  http://www.ray-gordon.com/part1.htm (The NEW And IMPROVED Ray Gordon FAQ)

aa.  http://www.ray-gordon.com/part2.htm (Part II of The Official Ray Gordon FAQ)

ab.  http://www.ray-gordon.com/part3.htm (Part III of The Official Ray Gordon FAQ)

ac.  http://www.ray-gordon.com/part4.htm (Part IV of The Official Ray Gordon FAQ)

ad.  http://www.ray-gordon.com/persinfo.htm (Ray Threatens To Reveal Personal Info)

ae.  http://www.ray-gordon.com/positive.htm (Positive E-mail)

af.  http://www.ray-gordon.com/rayside.htm (Ray's Side Of The Story)

ag.  http://www.ray-gordon.com/threats.htm (Ray's Threats - Part I)[3]

ah.  http://www.ray-gordon.com/updates.htm (Site updates)

---

[1] The "chat2" page seems to have been omitted from the site at this time.

[2] Emphasis original.

[3] The page has links to four pages of "threats" but the links did not work and the pages were not on the server at the time they were downloaded by Plaintiff.

c.  The pages chat.htm through chat6.htm contain what are claimed to be chat logs that include my writing.

d.  The pages intimid.htm, legals.htm, part1.htm thru part4.htm, persinfo.htm, and threats.htm all contain what are purported to be my USENET postings. Any USENET posting claimed to be mine is being used without my permission.

iii.  **Pages to disable access to.**  I seek disabling of access to any page which contains the unauthorized use of my writing on this site, including but not limited to the pages listed in ii(a-d) above. The material can be located at the appropriate URLs listed in ii(b) above. Also disable any page which **links to** these pages.

iv.  **Contact information.**  My contact information is as follows: Gordon Roy Parker, 4247 Locust Street, #806, Philadelphia, PA 19104. Telephone: (215) 386-7366. E-mail: ray@cybersheet.com.

v.  **Statement that use is not authorized.**  Based on the information set forth in this notice (that the site's publishers are purporting to be using my writing), I have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

vi.  **Statement of accuracy.**  I attest and swear, under penalty of perjury, based upon the information set forth in this notice (i.e., that the writing on the site is purported to be mine and therefore under my copyright control), that I am authorized to act on behalf of the copyright owner for the material in controversy that is allegedly infringed.

I have now met the requirements of the DMCA, and would like to add that I believe, as set forth in the Amended Complaint, that the ray-gordon.com website is a violation of my right to privacy, my right to publicity, and your TOS/AUP, and should have been disabled on those grounds as well.

Please address this situation expeditiously. Your assistance is appreciated.

Sincerely,

Gordon Roy Parker
a/k/a "Ray Gordon"

cc:  Ms. Danna Johnson (via facsimile)

Exhibit C
"Reason #6" Posting

Subject: "Reason #6" of the "29 Reasons Not To Be A Nice Guy"
Path: lobby!ngtf-
m01.news.aol.com!ngpeer.news.aol.com!cyclone1.gnilink.net!chi1.webusenet.net!rip!news.webusenet.c
om!cox.net!nntp-relay.ihug.net!ihug.co.nz!news-out.nuthinbutnews.com!propagator2-sterling!news-out-
austin!news.dizum.com!sewer-output!mail2news
From: Nomen Nescio nobody@dizum.com
Comments: This message did not originate from the Sender address above.
It was remailed automatically by anonymizing remailer software.
Please report problems or inappropriate use to the
remailer administrator at <abuse@dizum.com>.
Newsgroups: alt.seduction.fast
Message-ID: <0f4bf5c66bf70321ba9ccdd646c7350b@dizum.com>
Date: Fri, 28 Mar 2003 15:50:02 +0100 (CET)
Mail-To-News-Contact: abuse@dizum.com
Organization: mail2news@dizum.com
Lines: 124

This is "Reason #6" of the "29 Reasons Not To Be A Nice Guy"

Women would rather have part of a winner than all of a loser. Women complain
about men who cheat, but they ignore a simple reality: if men did not cheat,
the excess women that the desirable men who cheat maintain would have to settle
for less or be alone. The harem mentality kicks in, where she does not care how
many other women he is with, as long as he provides for her. If this doesn't
rationalize it for her, she always has denial as a backup plan. Nice men who
are told they have to change their attitude to get women should take a look at
the attitude of this fictional ASF poster who gets a harem:

The secret to getting laid is to play the numbers. Even after you find one,
keep looking for more hotties to bang. You have GOT to do this. Don't worry if
one of them catches you with another. IT TURNS THEM ON MORE!!! Let me tell you
what happened last weekend -- I thought I was gonna get killed but I wound up
with the first threesome of my life!!!

Friday night I'm on the bus when I bump into this chick I fucked last month,
and she's still all smiles. Greets me with a kiss on the lips and we keep
talking. Man, she was HOT. I wanted to keep fucking her but after a week or so
she stopped returning my calls so it was time to next her. In the meantime I
hooked up with a couple other chicks I met at a party and started a
"relationship" with one of them (I had to or I wouldn't have gotten any).
Anyways, this chick on the bus and I are having such a good time I told her to
come over tomorrow night, when my "girlfriend" was gonna be out of town. Just
my luck, she misses her flight and decides to surprise me! (thats an
understatement!)

I'm getting hot and heavy with the chick from the bus when the door rings. I
decide to face the music and answer it. The chick from the bus doesn't care but
Jenny throws a shitfit when she sees us. I tell her I guess it's over between
us and I'll understand that she never wants to see me again and she starts
fuming and arguing and somewhere in there she starts picking on the chick from
the bus, they get into it, and I won't bore you with the rest of the details be
we all woke up laughing the next morning.

Granted, she could have killed him, but most Foxes are pretty civilized. I use this example to highlight situations that jerks find themselves in which lead to wild sex where nice guys wouldn't even get out of the starting gate. Notice how when caught, the jerk concedes his wrongdoing and is willing to accept his punishment, because he knows that damage control is impossible. By doing this, he stops feeding her anger, and as her anger at being cheated on subsides, all that is left is passion and her boyfriend and another half-naked hottie. This is the stuff porn movies are made of. Literally. I'm sure the directors of these films do fall into situations like this. Why should they be any different than the others?

The more common form of cheating occurs with a husband or boyfriend in a long-term relationship (beyond the scope of ASF but more relevant to the nice guy) who strays, but whom the significant other tolerates because of his high market value and whatever it is he provides for her (usually money, sex, parenting, and the status that comes with family life). The classic example is that of Bill and Hillary Clinton, who have remained married and raised a child through years of infidelity on one and possibly both sides (who could blame Hillary for cheating?).

The reasons cheaters thrive are many:

CUPID. Princes have more opportunities to cheat. An LTR with a Prince is every woman's fantasy, but only the super-Elites can realistically hope of the reality ever materializing. A loyal, honest Bill Clinton would make many women happy, and in fact the many women who have had him usually attack him only for his infidelity. Kings who have harems could also choose to be monogamous, but where would the rest of the harem go? By sacrificing the security of being with an honest man, women like Hillary Clinton are able to marry the cream of the CUPID crop and obtain the more important quality male, one of life's winners, a powerful man who will make her appear the perfect wife on the surface. Pity the nice, decent, non-alpha male who wanted Hillary and lost her to Bill. The question of whether Hillary Clinton's behavior is nice or not will probably be debated throughout the ages.

Options. You don't have to be Bill Clinton to build a harem, but it helps! Except for the bottom of the barrel, which cannot lower its standards to get laid, most of us find our league and from there we can accumulate as many lovers as we want. Men face the same quality/security problem that women do, but most men are quicker to adjust to reality, due to the lack of fairy tales programmed into their minds in their youth. As with job hunting, if you already have a job you will not leave unless a better offer comes along, whereas if you are unemployed, you are more inclined to take anything you can get, making you underemployed and very likely to rise to your full market value, especially since having a job makes you more appealing to other employers. In seduction, this process is known as trading up, something that nice guys wouldn't think of doing, and why they get stuck with the non-Elites or fail to keep the Foxes they do manage to secure in the short-term.

Attitude. If you find yourself in an anti-player seduction (see the last chapter), ask a fox which of two otherwise equal men she would choose, and why. The first is nervous but nice, obviously interested, and awards her his heart immediately, while the second is distant, slightly cocky, humorous, and does not make a move on her. If she smells a trick question she'll give the right answer, even though in reality she will usually make the wrong choice. The

2

correct answer is to choose the nice-but-nervous guy, for the following reasons:

He wants her sincerely. If he were a cold player, he would not be nervous. Women claim to want men who are decent, and they claim not to lie, so we have to conclude that they want a clingy guy who makes them his world.
The player is having sex with other women. Some players use pivots (see Reason #12) and don't hesitate to flaunt their popularity, but slimier jerks accumulate their harem by acting as if they were her perfect man: romantic, charming, and loyal. Sickening, isn't it? Since the jerk is having sex, he is not desperate, not eager, and his date reads this as a sign of maturity, while the nice guy's sincere interest and natural sexual hunger brand him a desperate loser in her book. Perception is reality, unfortunately, and when that is the case, honest men do not have a chance.

The "player" is GAY. Rare, but this is the other explanation for why a man would not make a move. Though not relevant to my readers, this is included for sake of completeness.

A woman who dates cheaters is disrespecting honest men or too stupid to weed them out. Either way, the nice-guys lose badly to them. The thought of a liar having a harem while two other nice-guys are ignored in favor of him by its extra members is enough to motivate any man to consider losing his ethics and playing the game, starting usually with pivots and working his way up from there, seducing a few above-average types at first and then trading up until he becomes the unfortunate ideal. One of my pet peeves about women is how they will whine to a dateless nice-guy about being cheated on and expect empathy when they have none for his plight of watching a woman claim to want an honest man like him and instead spends most of her time either with or pining over cheaters.

3

Date: 26 Jul 2004 02:22:29 -0000
Message-ID: <8EQ4E2GF38193.9322800926@anonymous>
From: EditorialStaff <Use-Author-Supplied-Address-Header@[127.1]>
Author-Supplied-Address: Anonymous-Remailer <AT> See <DOT> Comment <DOT> Header
Subject: The ONLY way to stop Gordon Roy Parker:
Newsgroups: alt.seduction.fast,alt.hypnosis,alt.lawyers,misc.legal
nym: EditorialStaff@nym.alias.net
X-Invalid: ---
Comments: This message did not originate from the above address.
    It was remailed by two or more anonymous mail services.
    Send complaints of REAL abuse ONLY to remaileradmin at optonline dot n
Mail-To-News-Contact: abuse@dizum.com
Organization: mail2news@dizum.com


If he can do it to a site that contains PUBLIC DOCUMENTS from a
Federal Court Filing, then he can do it to you. Period. And unless
or until people rise up and clearly state that this is totally and
completely unacceptable, he will continue to get away with it.

Send copies of his posts where he brags that he took the sites down,
where he claims FULL responsibility for those actions, to these
addresses, and demand that they take action to stop it:

The Honorable James McGirr Kelly
United States District Court for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room # 7613
Philadelphia, PA 19106-1744
(215) 686-2910 Municipal Court Civil Division
courts@phila.gov

Contact: http://courts.phila.gov/email.html
---
Michael E. Kunz, Clerk of Court
United States District Court for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797
PAED_clerksoffice@paed.uscourts.gov
---
Philadelphia Field Office
Federal Bureau of Investigation
8th. Floor, William J. Green Jr. FOB
600 Arch Street
Philadelphia, Pennsylvania 19106

Home Page: http://philadelphia.fbi.gov/
e-mail: philadelphia@fbi.gov

For computer intrusion or hacking
complaints contact: sq9.ph@fbi.gov
---
Pennsylvania State Police, Philadelphia Station

2201 Belmont Avenue, Philadelphia, PA 19131
Bureau of Criminal Investigation
Telephone: 717-783-5524 Fax: 717-705-2306
http://www.psp.state.pa.us/

Computer Crimes Unit: Trooper Jon S. Nelson
Office:610-344-4471
Pager:866-284-1603 (Toll Free)
e-mail: jonelson@state.pa.us
---
Sidney Booker, Special Chief Deputy
John Green, Sheriff
Philadelphia Sheriff's Office
100 South Broad - 5
Philadelphia, Pennsylvania 19106
Phone: 215-686-3530, Fax: 215-686-3971
http://www.phillysheriff.com
e-mail: johgrn@cs.com
---
The City of Philadelphia Police Department
One Franklin Square
Philadelphia, Pennsylvania 19106
http://www.ppdonline.org
16th Police District
3900 Lancaster Ave.    19104
Crime Prevention Officer: (215)686-3163
Victim Assistance Officer: (215)686-3162
---
Captain William Cope
District Attorney's Office
Municipal Court Building
1421 Arch Street
Philadelphia, Pennsylvania 19102
Phone: 215-686-8000
e-mail: DA_WEBMAIL@phila.gov
---
Sidney Booker, Special Chief Deputy
John Green, Sheriff
Philadelphia Sheriff's Office
100 South Broad - 5
Philadelphia, Pennsylvania 19106
Phone: 215-686-3530, Fax: 215-686-3971
http://www.phillysheriff.com
e-mail: johgrn@cs.com
---
Edward McCann
Assistant District Attorney
Municipal Court Building
1421 Arch Street
Philadelphia, Pennsylvania 19102
Phone: 215-686-8000
e-mail: DA_WEBMAIL@phila.gov
---
Frank Montemuro, Jr.
Senior Judge
Philadelphia Superior Court

1101 Market Street
Philadelphia, Pennsylvania 19106
(215) 560-5825
---
Philadelphia Courts
Municipal Court - Civil Division
34 South 11th Street
Philadelphia, PA. 19107
(215) 686-9300 Domestic Relations
(215) 686-9301 Domestic Relations
(215) 686-2910 Municipal Court Civil Division

Contact: http://courts.phila.gov/email.html
courts@phila.gov
---
Eric A. Tilles, Esq.
Associate General Counsel
The University of Pennsylvania
Suite 300, 133 So. 36th St.
Philadelphia, PA 19104-3246
215-746-5250
FAX: 215-746-5222
eric.tilles@ogc.upenn.edu
---
Jeffery T. Karp
Attorney at Law
1 McKinley Square
Boston, MA 02109
---
Matthew S. Wolf
1236K Brace Road
Cherry Hill, NJ 08034
---
Crystal D. Deazle
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
215-772-1500
---
John M. Myers
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
215-772-7535
Fax : 215-772-7620
---
Jonathan Howland Pyle
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
24th Floor
Philadelphia, PA 19109
215-772-7655
Email: jpyle@mmwr.com
-----

ALL of these people have a vested interest in upholding the

6

law, as they are all Officers of the Court. They ALL have had
dealings with the CRIMINAL known as Gordon Roy Parker.

Send each of them copies of EVERYTHING you have that Gordon Roy
Parker has posted, claiming victory, slamming the court, and
committing the crime of BARRATRY, as well as stomping on the
FIRST AMENDMENT rights of American Citizens to republish PUBLIC
DOCUMENTS from the Court Dockets.

Unless or until EVERYONE stands up and fights back against this
gross violation of our rights, ALL of us will be in danger of
losing them. We will ALL be held captive by Gordon Roy Parker.

Who here isn't terrified of that prospect?


--
The Editorial Staff
-----
A quote from "Ray Gordon"
"(For a dissenting opinion on my character, please visit
 the following website: http://members.tripod.com/~rayfaq.html)*
 This site contains many lies about me, but as a defender of
 free speech I fully support its right to exist."
-Message-ID: <6ertau$76b$1@nnrp1.dejanews.com>

*The original RayFAQ was removed from the internet as a
 result of dozens of complaints from Gordon Roy Parker.

Freedom of Speech is WORTHLESS without Social Responsibility.


-=-
This message was posted via two or more anonymous remailing services.

**Exhibit D-2**

From: phillycop8@aol.comNOSPAM (PhillyCop8)
Subject: Police Report
Date: 1999/01/16
Message-ID: <19990115223132.00993.00000888@ng16.aol.com>#1/1
Organization: AOL http://www.aol.com
Newsgroups: alt.seduction.fast
X-Admin: news@aol.com


REQUEST: aka,PARKER, RAY                 PARKER, ROY
                 PARKER, RAY GORDON
                 PARKER, GORDON ROY
                 PARKER, WALTERSearch attach?: All Known

QUERY RETURNED 2 HITS: PARKER, RAY
                                           PARKER, ROY

| CASE | DATE | REF |
|------|------|-----|
| 71PA211326APR789 | 13FEB71 | SHOPLIFTING |
| 71PA367608APR812 | 22MAR71 | VANDALISM |
| 71PA369783APR904 | 09SEP71 | SHOPLIFTING |
| 72PA754329APR213 | 02JAN72 | EXHIBITIONISM |
| 72PA267399APR342 | 11APR72 | SEX. ASSAULT |
| 72PA868433APR574 | 18JUN72 | FONDLING |
| 72PA455778APR793 | 29AUG72 | VOYEURISM |
| 73PA380401APR438 | 24MAY73 | DRUG POSS. |
| 73PA380401APR439 | 24MAY73 | ASSAULT |
| 73PA380401APR440 | 24APR73 | RESISTING |
| 73PA380401APR441 | 24APR73 | PROB. VIOL. |
| 74PA976452APR597 | 30JUN74 | ASSAULT |
| 74PA976452APR598 | 30JUN74 | PROSTITU |
| 74PA976452APR599 | 30JUN74 | RESISTING |
| 74PA034478APR210 | 21AUG74 | SHOPLIFTING |
| 75PA277856APR324 | 02FEB75 | PROSTITU |
| 75PA277856APR325 | 02FEB75 | DRUG POSS. |
| 75PA277856APR326 | 02FEB75 | RESISTING |
| 75PA321343APR211 | 27MAR75 | FONDLING |
| 75PA498971APR902 | 22MAY75 | SHOPLIFTING |
| 75PA667546APR839 | 10SEP75 | BURGLARY |
| 75PA667546APR840 | 10SEP75 | ASSAULT |
| 76PA716617APR396 | 21JAN76 | PETT THEFT |
| 76PA499002APR037 | 13FEB76 | SHOPLIFTING |
| 76PA012775APR786 | 18MAR76 | PROSTITU |
| 76PA012775APR787 | 18MAR76 | RESISTING |
| 76PA012775APR788 | 18MAR76 | DRUG POSS. |
| 76PA654871APR045 | 20JUN76 | FONDLING |

============ PAGE 1 OF 4 ==================

Exhibit E-1

Path:
nwrdny01.gnilink.net!cycny02.gnilink.net!cycny01.gnilink.net!cyclone1.gnilink.net!gnilink.net!peer01.cox.net!cox.
net!border2.nntp.dca.giganews.com!border1.nntp.dca.giganews.com!nntp.giganews.com!local1.nntp.dca.giganews.c
om!nntp.is.co.za!news.is.co.za.POSTED!not-for-mail
NNTP-Posting-Date: Mon, 26 Jul 2004 12:38:51 -0500
X-Trace-PostClient-IP: 196.26.20.14
Date: Mon, 26 Jul 2004 19:38:46 +0200
From: CavemanFAQ <caveman@webmail.co.za>
User-Agent: Mozilla Thunderbird 0.7.1 (Windows/20040626)
X-Accept-Language: en-us, en
MIME-Version: 1.0
Newsgroups: alt.seduction.fast
Subject: Ray Gordon FAQ - Part I
Content-Type: text/plain; charset=ISO-8859-1; format=flowed
Content-Transfer-Encoding: 8bit
Message-ID: <PsmdnasItY0x3JjcRVn-vw@is.co.za>
Lines: 1025
NNTP-Posting-Host: 168.209.98.66
X-Trace: sv3-
QMp8VwCmUON2NaXTGaIsymuxJFEHiowcS5sXDAZ6AG/e9vzjp1TvdfoogpHRz+Q1+oXPK0tDMjN2OqP!/J+
7bfg12dVcWRubLqUDcfkOQQTe+14C4K9Zeau0L8cZogRutp6mvvf/EBAOFl5UMps=
X-Complaints-To: abuse@is.co.za
X-DMCA-Complaints-To: abuse@is.co.za
X-Abuse-and-DMCA-Info: Please be sure to forward a copy of ALL headers
X-Abuse-and-DMCA-Info: Otherwise we will be unable to process your complaint properly
X-Postfilter: 1.1
Xref: cyclone1.gnilink.net alt.seduction.fast:102589
X-Received-Date: Mon, 26 Jul 2004 13:38:59 EDT (nwrdny01.gnilink.net)

Disclaimer:
The following is reproduced under "Fair Use"
Do NOT distribute for commercial gain.

Part I

Information about "Ray Gordon", the fictitious internet pseudonym used by Gordon Roy
Parker.
This page contains information about Ray Gordon, a dangerous harasser who abuses
usenet newsgroups. Some recent email addresses were variations of The Seduction
Library coming from AOL accounts, Prior to that he was posting from variations of
ray__gordon@juno.com or outfoxfoxx@juno.com but it is likely that since he spammed so
many newsgroups using Juno headers, that he was finally banned from their system
somehow. Ray also seems to have been TOSsed from AOL as he no longer can post to
usenet from AOL. At the moment his email addresses are: "Ray Gordon, GENIUS"
ray@cybersheet.com and caveman21@nni.com. The posting host he is currently using is
Altopia.net, or alt.net. In any case, it is well known that he uses several screen
names at the same time. If you are new to the alt.sports.gymnastics, alt.romance,
soc.singles, soc.men, soc.women, rec.sports.gambling or alt.seduction.fast
newsgroups, please read through this page.

Who is this Ray Gordon person?
Why does this page exist?
Where else does he write?
How do you know that the writer is Ray?

What screen names and e-mail addresses does Ray use?
What AOL member profiles does he have?
How many people has he driven out of the Internet?
Disclaimer

I want to point out that this FAQ is based on USENET articles written by Ray himself. A lot of the examples are about Dominique Moceanu as they are examples of how obsessed Ray is about her. In fact there is so much material to use that only a small fraction is used in the FAQ. Ray Gordon has accused Dominique Moceanu of being behind this FAQ. I want to point out that Dominique Moceanu is NOT behind this page. I, as the author of RayFAQ, have never met Dominique Moceanu. I don't even know anything about her and I am not a gymnastics fan. I do feel sorry for anyone that is unfortunate enough to be the target of Ray's sickness though.

One of the things that has people up in arms is the group of posts that Ray published regarding the September 11, 2001 terrorist attacks on the World Trade Center, The Pentagon, and the hijacked airliner that crashed in eastern Pennsylvania. These posts, along with selected responses have been incorporated into this document, and many of Ray's new email addresses have been added.

Ray is also accusing me of only telling one side of the story. I publish all the negative e-mail and especially anything that Ray will send me.If Ray wants to tell his side of the story, he should e-mail it to rayinfo@email.com and everything will get published.

Ray has taken lately to crossposting as much as he can, due to the new moderated newsgroups that have been put up by an enterprising regular from alt.seduction.fast. Seems like Ray is unhappy about that, so he's doing all he can to diminish the credibility of the new groups, and this has started yet another flame war across all of the usenet newsgroups to which Ray posts regularly. This has resulted in a totally new rash of people who are not familiar with the years-long pattern of Ray's posts, and his voluminous posting history. This has prompted the republishing of this document, with its new additions.

Ray is currently taking the position that anything written about his posts and him personally is a slanderous, libelous, and defamatory conspiracy. It is almost a certainty that once this new FAQ gets published, that he will begin a campaign to have it removed, claiming one or all of the above reasons why it is illegal. In case no one ever told him, (and many people have) his own words, posts, threats, and actions are all publicly available to anyone who wants to research them, and once posted to usenet are public domain, accessible through Google, various newsservers, and newsgroup services, the newsgroups themselves, and, oh, wait... Ray himself. It is not the intention of this page to do anything other than bring to a higher level of public awareness what Ray himself has written.

Please note: The Old Author and the NEW Editorial Staff are NOT the same person or persons...
Who is this Ray Gordon person?

Ray Gordon is a dangerous harasser, who hides under several screen names playing every role possible to get someone to write to him. He is mentally sick and violent. He hates women and jumps on everybody who do not agree with him. He wishes death to people, laughs at people who have lost a child and harasses people in general in the most disgusting, sick ways. He thinks that he is here to "expose child abuse" and "corruption" in the world -but thinks he's allowed to insult people, preferably underage females,speak of them lowly and degradingly and make up the most incredibly

ridiculous stories about them. Above all, he claims to have been Jesus in a past life and been sent here by God.

Ray Gordon is a fictitious internet pseudonym used by Gordon Roy Parker. An excellent description of the persona of "Ray Gordon" and thus that of Gordon Roy Parker is the description of Narcissistic Personality Disorder. This information offers great insight into the mental torment that he suffers, and which causes him to take his vengeance out on others.

http://www.healthyplace.com/communities/personality_disorders/narcissism/faq_index.html
Narcissistic Personality Disorder and Schizoid PD

NPD (Narcissistic Personality Disorder) is often diagnosed with other mental health disorders (such as the Borderline, Histrionic, or Antisocial personality disorder). This is called "co-morbidity". It is also often accompanied by substance abuse and other reckless and impulsive behaviours and this is called "dual diagnosis". But there is one curious match, one logic-defying co-appearance of mental health disorders: narcissism and the Schizoid personality disorder

The basic dynamic of this particular brand of co-morbidity goes like this:

1. The Narcissist feels superior, unique, entitled and better than his fellow men. He thus tends to despise them, to hold them in contempt and to regard them as lowly and subservient beings.

2. The narcissist feels that his time is invaluable, his mission of cosmic importance, his contributions to humanity priceless. He, therefore, demands total obedience and catering to his ever-changing needs. Any demands on his time and resources is deemed to be both humiliating and wasteful.

3. But the narcissist is DEPENDENT on input from other people for the performance of certain ego functions (such as the regulation of his sense of self worth). Without narcissistic supply (adulation, adoration, attention), the narcissist shrivels and withers and is dysphoric (=depressed).

4. The narcissist resents this dependence (described in point 3). He is furious at himself for his neediness and - in a typical narcissistic manoeuvre (called "alloplastic defence") - he blames OTHERS for his anger. He displaces his rage and its roots.

5. Many narcissists are paranoids. This means that they are afraid of people and of what people might do to them. Think about it: wouldn't you be scared and paranoid if your very life depended continually on the goodwill of others? The narcissist's very life depends on others providing him with narcissistic supply. He becomes suicidal if they stop doing so.

6. To counter this overwhelming feeling of helplessness (dependence on narcissistic supply), the narcissist becomes a control freak. He sadistically manipulates others to satisfy his needs. He derives pleasure from the utter subjugation of his human environment.

7. Finally, the narcissist is a latent masochist. He seeks punishment, castigation and ex-communication. This self-destruction is the only way to validate powerful voices he internalized as a child ("you are a bad, rotten, hopeless child").

As you can easily see, the narcissistic landscape is fraught with contradictions. The

3

Narcissist depends on people - but hates and despises them. He wants to control them unconditionally - but is also looking to punish himself savagely. He is terrified of persecution ("persecutory delusions") - but seeks the company of his own "persecutors" compulsively. The narcissist is the victim of incompatible inner dynamics, ruled by numerous vicious circles, pushed and pulled simultaneously by irresistible forces. A minority of narcissists choose the SCHIZOID SOLUTION. They choose, in effect, to disengage, both emotionally and socially

By Dr. Sam Vaknin
http://www.healthyplace.com/communities/personality_disorders/narcissism/faq82.html

His different personalities are, for example, pro chess player, pro gymnastics coach, pro handicapper, pro finance market analyzer, pro relationships adviser, pro anything, pro everything. He really thinks that he is capable of doing everything he says and it would be an understatement to say he is lying through his teeth. He is not a gymnastics coach, not an expert in anything he claims to be and people have proven that over and over. Let's face it, anyone with enough time to post close to one hundred articles, every day can't possibly do anything else with their lives. If you take his advice or write to him, he will first play nice but then he attacks you in the worst possible way you can imagine. What makes him dangerous is that he writes perfectly literate English, unlike most mentally disabled or dangerous people on the internet. You can find a lot of examples about his writings here. Read them and learn about this dangerous individual so that you can spot him when he makes an appearance, and then you will know why you can safely ignore everything Ray writes on the newsgroups or in chat rooms.

Some of Ray's self-proclaimed careers:
Pro gymnastics coach     Claims to train several gymnasts online
Pro chess player and/or chess coach   Only a bit shy of becoming World Champion. Also claims to be Internationally ranked Note: the USCF has NO listing of him on their website. According to information we have, Ray's old rating exists, but his membership is not current.
Pro handicapper and oddsmaker        According to his web site
Pro finance market analyzer    According to his web site
Pro relationships adviser     Teaches men "how to get laid"
Pro hypnotist and hypnosis instructor        Harasses and bad mouths female hypnotists
Software Company CEO        Own company, of course
Writer  Writes a book about seduction and Dominique Moceanu
Best secretary in the USA      But got fired because he wasn't an "office whore"
Paralegal    Pennsylvania requires some sort of professional certification,
but Ray doesn't know that.
Activist against child abuse and sexual harassment        Claims that gymnastics coaches are child abusers
Professional psychic       And still doesn't have a clue about the Editorial Staff of RayFAQ
Civil Rights Activist     Claims that hiring discrimination has prevented him from being employed. Filed suit against UPenn. Hmmm...
Journalist   Not accredited by any news agency, though.
Software Company CEO & entrepreneur    Own company, of course
Successful business owner      Also known as broke, and filed bankruptcy in 1997.
Internet guru      He can't read headers on Usenet posts, but he's learning.
Sports historian    Hmm...
Body builder       And of course extremely good looking
Jesus Christ  Only in past life though.
Skilled Hypnotist  Claims to be able to "Gain TOTAL Sexual Control" over women.

Here are a few links to info about Ray, and what he does.

4

Philadelphia First Judicial District Court Docket Report
The Fairfax Apartments
WHOIS for cybersheet.com
Narcissistic Personality Disorder
Narcissists, Violence, and Abuse
Snodgrass Publishing - Fictitious Name Owner
Snodgrass Publishing - Basic Entity Information
Snodgrass Publishing - Instrument History
Penn Word Processing - Fictitious Name Owner
Penn Word Processing - Basic Entity Information
Penn Word Processing - Instrument History
Ray's "seduction website"
Ray's Yahoo! Group

Editors' note: Since Ray has begun cancelling his posts from the Google archive, it
makes it more difficult to collect his original posts, but with a bit of diligent
research, one can compile a complete record of what he posted and when, by following
the convoluted threads.

More details about him can be found in Part III, under the section headed: "What have
other people written about Ray?"
Why does this page exist?

Ray has started a war on alt.sports.gymnastics and continues one on alt.romance,
alt.hypnosis, alt.gambling, alt.seduction.fast, and dozens of other newsgroups. He
has himself posted more than ten thousand messages in these groups. There are people
who work hard on the newsgroups to warn people about him and to correct all the
"facts" he writes. That has caused that almost all the messages on
alt.sports.gymnastics, alt.romance, alt.hypnosis, alt.gambling, and
alt.seduction.fast to be about Ray Gordon. The newsgroups should be useful and people
should be able to read them and post there but at the moment everything is a total
war zone and you really don't want to read that.

The war has been going on for years, and is only getting worse. There is no sign that
Ray will stop. People responding to his articles just makes the situation even worse
because Ray gets what he wants: attention. People who fight him post because they are
afraid that children could take his advice. One gymnast took his advice and got
injured. Gymnastics is already a dangerous sports even when you do it right. The
consequences of bad advice are serious injuries.

The OFFICIAL Ray Gordon FAQ was created to solve the deadlock The idea is to provide
the warning for new readers by collecting a page with a lot of examples about Ray's
behavior and his e-mail addresses. We don't need flame wars or comments on Ray's
writings any more as anyone can read The OFFICIAL Ray Gordon FAQ. If no one posts any
responses to Ray's writings, he won't get the attention any more and it's only a
matter of time before he gets tired. So let's let him write but let's also warn
people without adding to the amount of off-topic articles.

This might be all well intentioned, but as we've all seen, Ray doesn't care how many
people flame him, nor does he care what his public image is. It will likely take some
intervention somewhere, but until then, usenet will have to deal with it. To find out
what you can do about it, if you are harassed, visit the "What can I do about Ray" page.
Where else does he write?

    * He writes on alt.romance pretending to be an expert on relationships and
giving out advice on how to get laid. He hates women because he lost his work as a

5

secretary. I guess you got the picture of how good his advice really is...

    * He writes on alt.hypnosis claiming to be an expert. He harasses and bad mouths female hypnotists calling them evil.

    * He jumps on women in alt.support.domestic-violence calling them whores, garbage etc.

    * He also writes on alt.gambling claiming to be an expert handicapper and oddsmaker

    * He writes on alt.seduction.fast claiming to be an "expert" at relationships, seduction advice, meeting and picking up women, but has herpes, and his books are now once again for sale, although Ray won't provide accurate sales figures. Ray claims that PayPal's figures are artificially low. Ray has been challenged dozens of times to produce his sales figures, but he will never do it. He's a lying coward.

    * He also has an own web site where he writes about relationships, gambling and stock markets claiming to be an expert in everything.

    * Ray is now claiming to be publishing his own website, with names, addresses, and other personal information about the people he claims are harming his businesses, and threatening his safety. We would enjoy seeing this webpage, and would gladly link to it.

How do you know that the writer is Ray?

Of course from his screen names. But he keeps inventing new ones and you know that someone smells like Ray when this someone

    * is defending him and hates all the other people who disagree with him
    * claims to be an expert in anything you mention
    * badmouths female gymnasts and females in general
    * attacks people in almost every article
    * complains loud that Ray is the one who is getting harassed

Ray even makes up new e-mail addresses and changes his writing style a bit to defend himself. Two documented examples can be read on the Ray in disguise-page.

So be careful in the newsgroups and check this page from time to time to get the updates and new screen names.
What screen names and e-mail addresses does Ray use?

Ray writes mostly using e-mail addresses from Hotmail, DejaNews and Juno. Some recent email addresses were variations of The Seduction Library coming from AOL accounts, Prior to that he was posting from variations of ray__gordon@juno.com or outfoxfoxx@juno.com but it is likely that since he spammed so many newsgroups using Juno headers, that he was finally banned from their system somehow. The same thing happened to his AOL accounts, at least to the point that he no longer can post from AOL to usenet. At the moment his email addresses are: "Ray Gordon, GENIUS" ray@cybersheet.com and caveman21@nni.com. The posting host he is currently using is Altopia.net, or alt.net. Recently, Ray has been posting again from America Online. Given the amount of persons on various newsgroups, one has to wonder if AOL ever intends to enforce its TOS User policy. It has been several months now that Ray is posting from "winatbetting", "iteachhypnosis", "averypsychicmale" and "amoderncaveman" from AOL.

This is a long list of screen names Ray is using or has used in the past. Most of these are invalid at the moment because he gets his accounts cancelled FAST. However, I try to keep as complete a list as possible for readers to get the big picture.

Here's also a note I got in e-mail:

* "BTW, maybe you could mention to your readers to point out to AOLosers the idiocy of giving him ANOTHER account right after canceling one!! Also, while a recognized "name" might be on, he will ALSO probably be lurking under a new, temp name. He has multiple phone lines, and can be online with AT LEAST two, and probably at least three names at once."

So be careful when you are in AOL chat rooms. '
An abbreviated list of Ray's e-mail addresses at Juno
NOTE: This list is very incomplete, because Ray would alter the number of "_" characters between each segment of a screen name, to counter a filter at Juno. They finally wised up, and blocked him completely.

To the best of our knowledge, all of these addresses have been cancelled by the provider.

fredericagsanford@juno.com
freddygsanford@juno.com
lamontgsanford@juno.com
notraymondx@juno.com
raygsanford@juno.com
raygordon123@juno.com
ray_gordon@juno.com
ray__gordon@juno.com
r_a_y__gordon@juno.com
r_a_y_go_rd_on@juno.com
sanford_g_fred@juno.com
snodgrassww@juno.com
Women Prefer Me @ juno.com
Women_____Prefer_____ Me__@ juno.com
Women_____Prefer_____ Me_____@ juno.com
Women___ Prefer_____Me_____@ juno.com
YouWillGetLaid @ juno.com
You_____Will____Get_____Laid_@ juno.com
You_____Will____ Get__Laid_____@ juno.com
You__ Will_____Get_____Laid___@ juno.com
OutfoxingTheFoxes @ juno.com
Outfoxing_____The_____ Foxes___@ juno.com
Outfoxing_____The____ Foxes_____@ juno.com
Outfoxing___The_____Foxes____@ juno.com
WomenPurrFor Me @ juno.com
Women_____Purr____For_____ Me__@ juno.com
Women_____ _Purr__For___ Me_____@ juno.com
Women__ Purr_____For_____Me___@ juno.com
YoullGetLaid @ juno.com
Youll_____Get_____ Laid__@ juno.com
Youll_____Get_____ Laid_____@ juno.com
Youll___ Get_____Laid___@ juno.com

Ray's e-mail addresses at Hotmail

AskRay@hotmail.com (Cancelled in March 1998. Over 500 articles in alt.romance and alt.sports.gymnastics)
niquesmine@hotmail.com
RayGordon123@hotmail.com
RayGordon12345@hotmail.com
ray_ol@hotmail.com (Cancelled in April 1998. Over 700 articles in alt.romance and alt.sports.gymnastics)

Seducer9741@hotmail.com
serenity70@hotmail.com (This one is Ray in disguise and he used it to defend ask ray
in alt.romance.)
superrgenius@hotmail.com
tangled_webb@hotmail.com
Ray's screen names at AOL  The list keeps increasing in length.

AbusesDM
ARoseForDM
AT6M
AModernCaveman
AVeryPsychicMale
BelaSucks
BetForALiving
CassyL3694
ChessGym (Profile below)
ChessRay (Profile below)
Chokeanu
Coacheanu
CoachChess
CUPID1pt0 (About 100 articles in alt.romance and 20 in soc.singles from 1997. He was
advertizing a Romantic Compatibility Software to tell people who to date.)
CYouIn2001
DeLoneWolf (About 20 articles in alt.hypnosis from 1996-1997)
DMGetsBusy
DMinsanity (About 20 articles in alt.sports.gymnastics from 1997)
DMIsAbused
DMisAHussy (Used to post only one slander article where he begs for Dominique Moceanu
to sue him)
DMIsAWaste
DMisBeauty
DMIsMyLove
DMSUX
DMWinsGold
DomHypno (About 20 articles in alt.hypnosis from 1997)
DomiMyLove
DomiReject
DomIsDBomb
DomM4DomM
DomMarryMe
DomPsychic (Contains the really interesting Ray'sFinal Post to alt.hypnosis which of
course was not his final post there)
DomQuitNow
DomsNo1Fan
DomWorship
DumbDumDom
DumDumDom
DumpedByDM
EleeteBoo (GymBooPeep says: EleeteBoo was a name Ray signed on as, when posting as me
to get into a Private AOL chat with my friends (whom he thinks have connections to
The Mag 7)
emeraldeyeshypno@aol.com (EmeraldEyesHypno)
FanGynast
FreeDMNow
GymGenius
GymnAbuse

HypnoDance
HypnoDomm
HypnoFag
HypnoTeach (About 30 articles in alt.hypnosis from 1997)
HypnoWitch
ICyberedDM
ICyberedJD
ICyberedSM
ICyberedVA
IDislikeDM
IKnowURDom
ILoooveDom
ILuvUNique
ITeachHypnosis
ITrainFHyp (Profile below)
IWantDM
JensNo1Fan (2 articles in alt.sports.gymnast.moceanu from 1997)
KneesRShot
LBOUD56714 (Suspected)
LearnHypno
Learn2BaPlayer
LindaC19F
LiveWell88
LoverOfDom
LoveThatDM
LoveUDom
LovingDomM
Lust4Jamie
MarryMeDom
MediaWhizz (7 articles in alt.hypnosis from 1997)
MenSleepForMe (AOL Profile as "Hellen" Check out Ray in disguise)
MoneyWhizz (Profile below)
MyLove4Dom
NadiaNique
NextBela
NiqueLoses (Check out Ray in disguise)
NiqueNadia
NoLust4JC
NoLust4Nes
nosexxdom@aol.com (NoSexxDom) (Profile below. Used often. About 330 articles in
alt.romance, 70 in
---------------- alt.hypnosis, 50 in soc.singles from 1997)
NotD8ingDM
NotD8tingDM
NotDMCoach
NowFlyAway
OwnedByRay (7 articles in alt.hypnosis from 1996)
Powerbase1
ProPredict
PsychDom (New one after Pxychic was canceled)
PsychicDom (About 30 articles in alt.hypnosis from 1997)
PsychSmart
Pxychic (Cancelled in February 1998. Profile below. This was used a lot and mainly in
alt.romance. Also in a.s.gymnastics, alt.hypnosis, soc.singles and rec.gambling.sports)
Pxykick (New one after Pxychic was canceled)
QuitNowDom

Raytemp000 (2 articles in alt.romance from 1997)
Raytemp963 (12 articles in alt.romance from 1997)
ReadingsNOTFree
RGSoft1 (About 20 articles in alt.hypnosis from 1996)
RUAGymnast
Rules4Men
SeeFutures (1 article in alt.romance from 1997)
SingleMDom
SingleMDom
Snodgrassmedia@aol.com
SmartPsych
TheRevolt (About 100 articles in rec.gambling.sports from 1997)
TheRevolt2 (1 article in rec.gambling.sports from 1997)
TheWeakestLinkUR
Teiubesc
Telubesc
The12thRse (2 articles in rec.gambling.sports and soc.singles from1997)
UnChainDM
URDomIKnow
WinAtBetting@aol.com - Thanks to Yoder, from yoderanium.com
WhizardRay (About 220 articles in alt.hypnosis from 1996)
WhizzMedia (About 40 articles in alt.hypnosis from 1997)
WizFlyAway
WorshipDom
XILoveDom
Ray's E-mail addresses at Mindspring

SotwareG@Mindspring.com (Cancelled in February 1998. Main account with his name.
Posted under names Penny Parker & Walter Parker too. Over one thousand articles in
a.s.gymnastics and several newsgroups about gambling and romance)

UnitedFree@mindspring.com (Used by Walter Parker to advertise Ray's "incredible
knowledge" in betting)
Ray's e-mail addresses on other ISPs

DJNBlows123@my-dejanews.com
DJNSucks123@my-dejanews.com
pennword@internetmci.com
rayg@VALUEWEB.NET
ray@cybersheet.com
caveman21@nni.com

Ray's brother Walter Parker and his mom Penny Parker also use his
"sotwareg@mindspring.com" E-mail address.

Walter also uses:

On AOL

Walthorse1
MusixMax25
PennWorld

And

UnitedFree@mindspring.com

Wallyhorse@hotmail.com.

If you find any new ones, please email them to rayinfo@email.com
What AOL member profiles does he have?

Here are AOL profiles we received via e-mail. If you see new profiles,
please email them to rayinfo@email.com

Profile changes sometimes indicate an upcoming meltdown; his "A Modern Caveman"
profile as of 11:00 pm EST 1/12/03 is:

Name: Ray Gordon. Quote of the day: "I am far too enamored of women in general to
make the mistake of loving one in particular."
Location: Philadelphia, PA
Sex: Male
Marital Status: World's greatest lover
Hobbies & Interests: Teaching men how to use their brains to get women into bed,
teaching women how to avoid the men I teach; exploring erotic hypnosis with (VERY)
beautiful women, and selling recordings of my best student (see AOL website).
Proving God/Jesus to be a phony.
Favorite Gadgets: Men: beautiful women are easy to figure out. Check out my AOL
homepage for THREE FREE BOOKS to solve your problems.
Occupation: Publisher, erotic hypnosis producer (MP3), seducer. Psychic (NO
FREEBIES). Hunger-striking civil-rights activist.
Personal Quote: No more free love life readings for women: women who have problems in
love are either too ugly to attract the perfect guy or too stupid to recognize him.
A man must learn to be that jerk that women love.
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

Here is a profile that shows some serious issues.

ReadingsNOTFree
Name: You get what you pay for.
Location: Philadelphia, PA
Sex: Male
Marital Status: 18 Year-Old Contortionist
Hobbies & Interests: did you know...100 percent of pretty women who know hypnosis can
seduce a wealthy man!
Favorite Gadgets: Venture capitalists are IDIOTS. They sunk billions into the dotcom
graveyard and YOU paid for it in the stock market.
Occupation: Professional psychic to WEALTHY individuals (they aren't cheap!). The
rest of you bums will just have to do without me.
Personal Quote: Don't IM me unless you are 1) a paying client; 2) a sexy female who
wants to learn h ypnosis; or 3) a sexy female venture-capitalist who wants to learn.....

Lately, he's only been on as MenSleepForMe; sometimes has his AIM "AModernCaveman"
name on, but not the actual AOL name.

As of 10/09/2002:

Name: Ray Gordon: teacher of hypnosis to "Hellen" (Hypnotist20F).
Location: Philadelphia, PA
Sex: Male Marital
Status: World's greatest lover
Hobbies & Interests: Teaching men how to use their brains to get women into bed,
teaching women how to avoid the men I teach; exploring erotic hypnosis with (VERY)

beautiful women, and selling recordings of my best student (see AOL website). Proving God/Jesus to be a phony.
Favorite Gadgets: Men: beautiful women are easy to figure out. Check out my AOL homepage for THREE FREE BOOKS to solve your problems.
Occupation: Publisher, erotic hypnosis producer (MP3), seducer. Psychic (NO FREEBIES). Hunger-striking civil-rights activist.
Personal Quote: Men are jerks because jerks get sex. It's easier for a man to become a jerk and get sex that way than it is for him to convince a woman to want him when he's nice. The complaining nice guy is a wimp; the jerk who uses women is a stud.
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

As of early morning Tuesday (11/19/02):

"Men Sleep For Me"

Name: Hellen or Ray Gordon, and if you're not a paying customer, Hellen usually won't talk to you (she only makes money on sales)
Location: USA
Sex: Female
Marital Status: Single Hypnodomme
Hobbies & Interests: Hypnotizing and feminizing men (and sometimes women) by **recording only**. Check out my AOL homepage for info about my erotic hypnosis recordings. D/s bdsm domme erotic hypnosis and all that.
Favorite Gadgets: Pendants, candles, spirals, my eyes....hypnopics on my site.
Occupation: Erotic hypnotist, recordings only. Legal secretary, paralegal, litigation support, law office consulting. Psychic Readings--Ray
Personal Quote: As the numbers get lower, your mind gets slower and you slip peacefully and quickly into a deep, sound, obedient sleep!
Hometown HomePage: http://hometown.aol.com/mensleepforme/

"A Modern Caveman":

Name: Ray Gordon
Location: Philadelphia, PA
Sex: Male
Marital Status: World's greatest lover
Hobbies & Interests: Teaching men how to use their brains to get women into bed, teaching women how to avoid the men I teach; exploring erotic hypnosis with (VERY) beautiful women, and selling recordings of my best student (see AOL website). Proving God/Jesus to be a phony.
Favorite Gadgets: Men: beautiful women are easy to figure out. Check out my AOL homepage for THREE FREE BOOKS to solve your problems.
Occupation: Author, internet publisher, erotic hypnosis producer, seducer of beautiful women who inspire me. Psychic (NO FREEBIES).
Personal Quote: Looking for a phone actress who is willing to learn erotic hypnosis (good pay if you're good enough after you are trained. Inquire within). Also seeking (VERY) beautiful women to hypnotize. Will honestly rate your pic 1-10; I only date 9s and above.
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

Profile for "Men Sleep For Me" as of 11/15/02:

Name: Hellen or Ray Gordon, who screens pets for me, for my safety. Treat him as you would me. Either one of us could be on.
Location: USA
Sex: Female

Marital Status: Single Hypnodomme
Hobbies & Interests: Hypnotizing and feminizing men (and sometimes women) by
**recording only**.  Check out my AOL homepage for info about my erotic hypnosis
recordings.  D/s bdsm domme erotic hypnosis and all that.
Favorite Gadgets: Pendants, candles, spirals, my eyes....hypnopics on my site.
Occupation: Erotic hypnotist, recordings only.  Legal secretary, paralegal,
litigation support, law office consulting. Psychic Readings--Ray
Personal Quote: As the numbers get lower, your mind gets slower and you slip
peacefully and quickly into a deep, sound, obedient sleep!
Hometown HomePage: http://hometown.aol.com/mensleepforme/

AOL profile for "A Modern Caveman" (October 26, 2002)

Name: Ray Gordon
Location: Philadelphia, PA
Sex: Male
Marital Status: World's greatest lover
Hobbies & Interests: Teaching men how to get beautiful women, erotic hypnosis on
beautiful women (if you're seriously into this, be female, gorgeous, IN MY AREA, and
willing to talk offline, must send pic and phone number before I talk to you).  NO
ONLINE CHAT.
Favorite Gadgets: Men: beautiful women are easy to figure out.  Check out my AOL
homepage for THREE FREE BOOKS to solve your problems.
Occupation: Author, internet publisher, erotic hypnosis producer, seducer of
beautiful women who inspire me.
Personal Quote: A beautiful woman says she wants a nice guy, yet winds up with a
lying player.  Do you think this is an accident?  She can attract any man she wants,
so either she's lying about what she wants, or she's too stupid to find it.  Be the
"jerk" women love!
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

AOL profile for "A Modern Caveman" (October 5, 2002)

Member Name: 21st Century Caveman: president of the World Hypnodomme Foundation (WHF)
Location: Philadelphia, PA
Sex: Male
Marital Status: I'm your favorite mistake.
Hobbies: Rocking the world of the world's hottest women (but not online).  Lamer of
the year award: women who come on strong online and then suddenly realize it's AOL
when you ask for their #; don't bother, ladies.
Computers: Re: voice actresses, singers and voiceover experience preferred.
Occupation: Erotic hypnosis producer.  Seeking a woman with a VERY SEXY VOICE to make
hypnosis recordings.  No hypnosis experience required.
Personal Quote: Note to nice guys who want to figure out women or women who want to
figure out themselves: click the link in my AOL profile for a full explanation of why
women choose jerks over decent men.  Three FREE books on the art of seducing women.
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

AOL profile for "A Modern Caveman" (October 2, 2002)

Member Name: 21st Century Caveman: president of the World Hypnodomme Foundation (WHF)
Location: Philadelphia, PA
Sex: Male
Marital Status: I'm your favorite mistake.
Hobbies: I like really beautiful women who like me back.  Not into long-term
relationships or commitment.  I don't spend money on women and prefer short-term

13

relationships.
Computers: Re: voice actresses, singers and voiceover experience preferred.
Occupation: Erotic hypnosis producer. Seeking a woman with a VERY SEXY VOICE to make hypnosis recordings. No hypnosis experience required.
Personal Quote: Never again is what you swore the time before.
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

AOL profile for A Modern Caveman (Undated)

Member Name: 21st Century Caveman: president of the World Hypnodomme Foundation (WHF)
Location: Philadelphia, PA
Sex: Male
Marital Status: Only losers look for love online
Hobbies: I used to feel sorry for women who wound up with the wrong men, but then I realized that women don't want to find good men. Even when you tell them how the liars get them, the women STILL respond to the methods. That means women LIKE liars.
Computers: If nice guys knew what women really thought of them, they wouldn't stay nice. (see my AOL website)
Occupation: Psychic (NO FREE READINGS), paralegal, publisher, and I teach women the fine artistic fusion of bellydance and hypnosis.
Personal Quote: Ladies: you have to make a choice between me and the jerks and the players. If you talk to me, you're not allowed to talk to them, and if you talk to them, I won't bother talking to you. You're allowed to be rude to me exactly once.
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

Note: This is one we received from a kind soul on AOL. We choose not to identify this person, because we believe that Ray will harass them over this. We've seen it before, and we know it will happen again. We protect our sources.

Member Name: 21st Century Caveman
Location: East Coast
Sex: Male
Marital Status: I have a female pet; she obeys
Hobbies: I teach men how to seduce beautiful women, and do free psychic readings online for hotties (inquire within), and you will NOT be hit on.
Computers: Golddiggers: learn how to seduce men through MIND CONTROL: IM me for details if you're hot and over 18.
Occupation: Psychic. Women: you can contact me for a FREE READING if you're hot and can prove it. Men: IM me to learn to seduce women FREE.
Personal Quote: Whoever said not to cry over spilt milk didn't have wall-to-wall carpeting.
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

Here's another version of this one, submitted by the same kind soul:

Member Name: 21st Century Caveman
Location: East Coast
Sex: Male
Marital Status: Be a bellydancer or learn
Hobbies: Choroegraphing bellydancers, middle eastern dancers, to perform a very sensual form of mind control. Also h-ypnotism.
Computers: Note to women: if you aren't gorgeous, between the ages of 18-24, AND willing to let me mold you, DO NOT TALK TO ME. Clear?
Occupation: Psychic. LOW Rates. Check my AOL website for details. Also bellydane/mind-control dance instructor. NO FREE READINGS
Personal Quote: H-ypnotists and bellydancers NEVER complain about their love lives.

14

They make other women complain.
Hometown HomePage: http://hometown.aol.com/amoderncaveman/

We would like to point out the myriad misspellings and other grammar errors. Some
secretarial skills this took to write...

Here are some older profiles showing his obsession with gymnastics, hypnosis, and
finance.

Member Name: Ray Gordon: odds are you've heard some lies about me if you are a
gymnast. These lies are told by your coaches, because they
Location: fear me. The coaches in USAG do not know how to do their jobs, and when I
point this out to their girls, they attack me. Your career goes down the drain as a
result.
Sex: Male
Marital Status: Single Coach
Hobbies: Are you a 2004 hopeful who wants to WIN? Not gonna happen in this country
with the coaches we have. Sure, you'll win some junior meets, and they'll tell you
how great you are going to be, but the Slavs will still eat you alive.
Computers: Do you want to WIN? I need the TEN best gymnasts for 2004 to stand up
against their coaches and demand better coaching.
Occupation: Do you have the COURAGE to stop idiot, abusive coaches? As a TEAM, this
can be done. Just say "Let Ray coach me or I QUIT!"
Personal Quote: If your coach or any other coach tells you not to listen to me, MAKE
them PROMISE you an olympic medal. Think they can deliver? Look at the 2000 team for
your answer. We SUCK.

Member Name: Pxykick (can you figure out what that means?)
Location: AOL
Birthdate: Capricorn 31
Sex: Male
Marital Status: Not Married or Engaged
Hobbies: Hypnosis, astrology, computers, bodybuilding, inline skating,chess,
politics, activism, making a difference.  Also teaching the art of seduction to men
and the art of hypnosis to women.
Computers: Me: 6'2", blond hair, blue eyes, 180#, bodybuilder, very good looking and
intelligent.
Occupation: http://www.cybersheet.com, an evolving web site. I also charge $60 an
hour for my time for ANYTHING.  That means YOU.
Personal Quote: Do not bother me for ANY reason unless you are willing to PAY me up
front.  If I contact you I will not solicit you; if not I do not wish to speak with
you.  I have better things to do with my time than waste it.

Previous profile of Pxykick:
Member Name: Pxykick (can't you read the screen name?)
Location: AOL
Birthdate: Capricorn 31
Sex: Male
Marital Status: Not Married or Engaged
Hobbies: Hypnosis, astrology, computers, bodybuilding, inline skating,chess,
politics, activism, making a difference.  Also teaching the art of seduction to men
and the art of hypnosis to women.
Computers: Me: 6'2", blond hair, blue eyes, 180#, bodybuilder, very good looking and
intelligent.
Occupation: Psychic, Hypnotist, "Power Hypnosis" website for hypnotists who sell
power hypnosis tapes.  Also seeking a REALLY good laywer.

15

Personal Quote: NOTE: I am sorry, but due to a slander campaign against me, I cannot accept any new people into my life. If I do not already know and trust you, I cannot speak with you. Visit this website: (http://members.tripod.com/~rayfaq/index.html) for more info

Previous profile of Pxykick:
Member Name: Pxykick (can't you read the screen name?)
Location: AOL
Birthdate: Capricorn 31
Sex: Male
Marital Status: Not Married or Engaged
Hobbies: Hypnosis, astrology, computers, bodybuilding, inline skating,chess, politics, activism, making a difference. Also teaching the art of seduction to men and the art of hypnosis to women.
Computers: Me: 6'2", blond hair, blue eyes, 180#, bodybuilder, very good looking and intelligent.
Occupation: Psychic, Hypnotist, building "Power Hypnosis" website for hypnotists who sell power hypnosis tapes. Inquire within.
Personal Quote: I charge $50 an hour for psychic readings. Most other psychics charge more and deliver less. I would never solicit you for money, so please don't solicit me for free work. It's highly offensive and akin to taking food out of my mouth.

Previous profile of Pxykick:
Member Name: Pxykick (can't you read the screen name?)
Location: AOL
Birthdate: Capricorn 31
Sex: Male
Marital Status: Not Engaged or Married
Hobbies: Hypnosis, astrology, computers, bodybuilding, inline skating,chess, politics, activism, making a difference.
Computers: Me: 6'2", blond hair, blue eyes, 180#, bodybuilder, very good looking and intelligent.
Occupation: http://www.cybersheet.com is my primary occupation. It's a free site that loves a big audience so feel free to visit. Personal Quote:If you are not part of the solution, you are part of the problem. I have a preference for dancers and hypnotists among females, but I chat with most. Approach me politely please.

Member Name: Pxychic
Location: Philadelphia, PA
Birthdate:1/6/67
Sex: Male
Marital Status: Single
Hobbies: Teaching beautiful women the art of using hypnosis to control men. Dead serious. Also keeping the mouse where all I have to do to get rid of those unwanted invites is click once.
Computers: Physical description: 6'2", blond hair, blue eyes, 195#
Occupation: Professional psychic, Spirit Guide, astrologer, past life regressionist. Free horoscopes at my website http://www.cybersheet.com
Personal Quote: Seeking females with skill or interest in hypnosis18-24 years of age to teach for free in return for their practice. Inquire within. Other women LEAVE ME ALONE. No free psychic readings either.

Member Name: ITrainFHyp
Location: Trancelvania
Sex: Male
Marital Status: Self-Hypnosis

16

Hobbies: I cannot be hypnotized; but I teach it.
Occupation: Trainer of dominant female hypnotists
Personal Quote: Learn from me; practice on others.

Here's a profile where Ray is posing as a lawyer. Note that he is attempting to
mislead people into thinking that he is an attorney, given that he says "we can
practice anywhere". If this isn't attempting to mislead people into thinking he's
actually an attorney, then we're Miss America. This profile was canned by AOL some
time ago, but it serves to show that Gordon Roy Parker will stop at nothing to
convince people that he is something he's not.

WeSueOnTheNet4U
Name: A global internet legal network with specific interest in internet defamation
cases and general interest in justice and service.
Location: Based in Pennsylvania, but we can practice anywhere or find someone who can.
Sex: Male
Marital Status: Single
Hobbies & Interests: Many good ones when I have time.  Keywords: slander, ISP
negligence, personal injury, product liability, constitutional law, Gore, Bush,
McCain, Reform, Democrat, congress, washington, DC, Clinton,
Favorite Gadgets: Keywords: law, free, contingency, pro bono, attorney, attorneys,
barrister, lawyer, pitbull, internet, libel, defamation,
Occupation: Author: "Defamation And Dominique" http://www.cybersheet.com/l
aw/dominique.html (<---remove space).  Also legal webmaster.
Personal Quote: If you have a case, feel free to contact us via e-mail or IM.
Confidentiality respected.  Also seeking lawyers worldwide to participate in the network.

Here are some older profiles. These are undated.

Member Name: MoneyWhizz
Location: Wall Street, Vegas, New York....wherever the MONEY is.
Birthdate: 1967
Sex: Male
Marital Status: Single
Hobbies: Making MONEY, investing, gambling, seducing beautiful women with my mind,
WINNING.
Computers: A very powerful one.
Occupation: Investment Guru. For my FREE advice go to http://www.cybersheet.com/finance
Personal Quote: Looking for a nice woman to settle down with and marry.....is she out
there?

Member Name: R.G. (ChessRay)
Sex: Male
Marital Status: Women are liars.
Hobbies: Exposing the bullies and liars here on AOL. Expert 10 meter platform diver.
Computers: Do you really care. I use one like you use.
Occupation: Software entrepreneur. Successful business owner. Net genius.Chess coach.
Personal Quote: You know who you are. The end is coming and you are to blame.

Member Name: Ray (Chessgym)
Location: You've Got a Friend in Pennsylvania
Sex: Male
Marital Status: I will never marry. Women lie.
Hobbies: I am a chess tutor and world class gymnastics trainer.
Computers: I have worked with all the top gymnasts in the world.
Occupation: I will be the best at whatever I decide I will do.

Personal Quote: There will be absolutely no sex. I said NO SEX! No matter how much you beg and whine.

NoSexxDom:
Member Name: There will be NO SEX (you will not be having sex with a 6'2", blond, blue-eyed muscular male who weighs 180#)
Location: No matter how beautiful you are, there will be NO SEX
Birthdate: In My Prime
Sex: Male
Marital Status: Dominant, Seeking Gorgeous Subs
Hobbies: Nonsexual control of the most beautiful women on the planet; who needs another?
Computers: One that does not cyber.  SUBS: Do NOT expect kindness from me.  Do NOT expect me to cater to you.  This is d/s, not b/s.
Occupation: If I didn't have one I wouldn't be here, now would I?
Personal Quote: Looking for incredibly beautiful women who are submissive or have fantasized about being totally controlled by a dominant male. E-mail with a picture of yourself or a telphone number (BOTH are required). Ignore my requirements and I will ignore your IM.

Previous profile of NoSexxDom:
Member Name: There will be NO SEX (you will not be having sex with a 6'2", blond, blue-eyed muscular male who weighs 180#)
Location: No matter how beautiful you are, there will be NO SEX
Birthdate: I remember music videos on MTV
Sex: Male
Marital Status: In Control
Hobbies: No matter how much I want you, there will be NO SEX
Computers: That means NONE. You will never have to worry about me asking you for sex.
Occupation: Professional psychic, astrologer, hypnotist. Seeking to control beautiful women NONSEXUALLY. Inquire within.
Personal Quote: I have a strong preference for women with a dance/gymnastics and/or hypnosis background. Send a pic and/or phone # if you really want my attention.

Great Gymn Coach
Member Name: Ray Gordon: odds are you've heard some lies about me if you are a gymnast. These lies are told by your coaches, because they
Location: fear me. The coaches in USAG do not know how to do their jobs, and when I point this out to their girls, they attack me. Your career goes down the drain as a result.
Sex: Male
Marital Status: Single Coach
Hobbies: Are you a 2004 hopeful who wants to WIN? Not gonna happen in this country with the coaches we have. Sure, you'll win some junior meets, and they'll tell you how great you are going to be, but the Slavs will still eat you alive.
Computers: Do you want to WIN? I need the TEN best gymnasts for 2004 to stand up against their coaches and demand better coaching.
Occupation: Do you have the COURAGE to stop idiot, abusive coaches? As a TEAM, this can be done. Just say "Let Ray coach me or I QUIT!"
Personal Quote: If your coach or any other coach tells you not to listen to me, MAKE them PROMISE you an olympic medal. Think they can deliver? Look at the 2000 team for your answer. We SUCK.
How many people has he driven off of the Internet?

The count is up to 5 already. The latest one wrote this article as a goodbye:

   * Due to situations I can no longer handle...I am canceling my AOL account. I am

18

sorry that I am letting one psychotic man drive me away from a huge source of information, but it has come down to that! I no longer feel I am safe. I have tried to get the gymnastics community to bond together and free each other from this satanic person but it doesn't look like we can do it and I sure cant do it alone...This brings me great grief because I loved to come and talk about the sport I love with others who have my same passion but sometimes things just don't work out. Well, I hope everyone stays away from this man. Because if you like gymnastics then you are a very possible target! I can name at least 5 people in this NG who he has personally harassed and I am SICK of it!  I have been told by certain authorities to just get away from this situation which I am doing. Again, this is hard for me because I feel I am obligated to take up for my idol, companion, and friend, Dominique Moceanu. But you have to draw the line somewhere. I just want to give a final shout-out to all the Anti-Rays' out there before I leave...Goodbye: Dave, Kristy, Nancy, Missy, Kevin, Erin, Jay, Mark, Lissa, Mrs. Borden, Steph, and Abby! I wish you all the best!!! To anyone I may have left out, sorry. This is Katy signing off...

This was posted on alt.sports.gymnastics later because Ray promised the writer to stop if she would write this:

    * Hi there was a post that I wrote a long time ago and it stated that Ray drove me off AOL. I really was contemplating getting rid of it because of him. Fortunately I changed my mind and decided it was too much a learning tool to just ditch it. So, Ray I apologize for posting that. Everyone he did NOT drive me off AOL. He is not as bad as everyone thinks he is if you just learn to accept other people's views and opinions. No, I do not like what he says but I have faith in Dominique and know that what he says is not true. If you can get past his twisted stories. (no offense) =) then he can really be nice, most of the time. Well, again Ray I am PUBLICLY apologizing for my post and DENYING my quote (which I didn't know about,btw.) on RayFaq or whatever.  Thank you.
    Katy
    P.S- next time someone wants to quote me on a webpage I would like to at least be notified. Thanks again!

There have been at least two others that this Author knows of, but neither wanted to post anything, and asked that their emails be kept confidential for fear that Ray would sue them, as he always threatens to do. There also have been at least four other posters to alt.seduction.fast who no longer post, and no one has been able to get in contact with them to find out why. It is an odd coincidence, that they stopped soon after Ray began a tirade over his alleged lawsuits to file "Civil RICO" charges against some of these persons. We're not suggesting in any way that they actually were involved in such activities, but it lends to speculation that these people did not want to have to go through the hassle of dealing with a frivolous lawsuit, and all the expense and time that it would incur, given Ray's propensity and demonstrated history of filing harrasment lawsuits. -

Exhibit E-2

Path:
nwrdny03.gnilink.net!cycny02.gnilink.net!cycny01.gnilink.net!cyclone1.gnilink.net!gnilink.net!news.glorb
.com!border1.nntp.dca.giganews.com!nntp.giganews.com!local1.nntp.dca.giganews.com!nntp.is.co.za!new
s.is.co.za.POSTED!not-for-mail
NNTP-Posting-Date: Fri, 23 Jul 2004 15:12:11 -0500
X-Trace-PostClient-IP: 196.34.157.246
Date: Fri, 23 Jul 2004 22:12:09 +0200
From: Mr Brown <brown@green.org>
User-Agent: Mozilla Thunderbird 0.7.1 (Windows/20040626)
X-Accept-Language: en-us, en
MIME-Version: 1.0
Newsgroups: alt.seduction.fast
Subject: Ray Gordon FAQ still available - Everything you need to know about
 Ray. FREE!!!
Content-Type: text/plain; charset=us-ascii; format=flowed
Content-Transfer-Encoding: 7bit
Message-ID: <RI6dnc3L3ZKB7JzcRVn-rg@is.co.za>
Lines: 2
NNTP-Posting-Host: 168.209.98.66
X-Trace: sv3-
WaGgROG8TPsIVVcCh71pXn1nCEjWBl73jlhCyRAPifcMjYC1D6KP697iYxkZtdhyiLAAOfjoHGl1JRI!
aAfYLpGP/K66clAbJid3wN81z0yRzj8BMNwKSHQPFsyKyHYRQC2eBc3lBNSJMaCJbL4=
X-Complaints-To: abuse@is.co.za
X-DMCA-Complaints-To: abuse@is.co.za
X-Abuse-and-DMCA-Info: Please be sure to forward a copy of ALL headers
X-Abuse-and-DMCA-Info: Otherwise we will be unable to process your complaint properly
X-Postfilter: 1.1
Xref: cyclone1.gnilink.net alt.seduction.fast:102319
X-Received-Date: Fri, 23 Jul 2004 16:12:15 EDT (nwrdny03.gnilink.net)


http://www.geocities.com/lsuit2004/exhibits/exhibit-c-parker-v-LTSC-03-cv-6396-EDPA--rayFAQ.zip

**Exhibit F-1**
**"Ray Gordon Tax" Posting**

Path:
nwrdny03.gnilink.net!cycny02.gnilink.net!cycny01.gnilink.net!cyclone1.gnilink.net!gnilink.net!news.glorb
.com!postnews2.google.com!not-for-mail
From: i_hate_hibs@hotmail.com (The Voice of Reason)
Newsgroups: alt.seduction.fast
Subject: A Ray Gordon tax?
Date: 8 Aug 2004 06:35:09 -0700
Organization: http://groups.google.com
Lines: 6
Message-ID: <87bbd508.0408080535.5a70abe5@posting.google.com>
NNTP-Posting-Host: 172.190.71.31
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 8bit
X-Trace: posting.google.com 1091972109 16971 127.0.0.1 (8 Aug 2004 13:35:09 GMT)
X-Complaints-To: groups-abuse@google.com
NNTP-Posting-Date: Sun, 8 Aug 2004 13:35:09 +0000 (UTC)
Xref: cyclone1.gnilink.net alt.seduction.fast:103255
X-Received-Date: Sun, 08 Aug 2004 09:35:10 EDT (nwrdny03.gnilink.net)

Perhaps there should be a tax on Ray Gordon every time he posts here,
say $2 a time. This would be a small amount but would add up and could
be spent on good causes like fastseduction.com. Within time it would
cause Ray to think whether the post he was about to make was
beneficial to anyone. My hope is that it would cut down on all the
spam.

Exhibit F-2
"Ray Gordon Tax #2" Posting

Path:
nwrdny03.gnilink.net!cycny02.gnilink.net!cycny01.gnilink.net!cyclone1.gnilink.net!gnilink.net!news.glorb
.com!postnews2.google.com!not-for-mail
From: i_hate_hibs@hotmail.com (The Voice of Reason)
Newsgroups: alt.seduction.fast
Subject: Re: A Ray Gordon tax?
Date: 9 Aug 2004 07:24:48 -0700
Organization: http://groups.google.com
Lines: 7
Message-ID: <87bbd508.0408090624.6147ced7@posting.google.com>
References: <87bbd508.0408080535.5a70abe5@posting.google.com> <A2IRc.638$Iv.183@trndny03>
NNTP-Posting-Host: 172.190.80.94
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 8bit
X-Trace: posting.google.com 1092061488 19585 127.0.0.1 (9 Aug 2004 14:24:48 GMT)
X-Complaints-To: groups-abuse@google.com
NNTP-Posting-Date: Mon, 9 Aug 2004 14:24:48 +0000 (UTC)
Xref: cyclone1.gnilink.net alt.seduction.fast:103303
X-Received-Date: Mon, 09 Aug 2004 10:24:49 EDT (nwrdny03.gnilink.net)

"Ray Gordon" <ray@cybersheet.com> wrote in message news:<A2IRc.638$Iv.183@trndny03>...
> That would be extortion, so I don't think you'll be seeing any such tax
> anytime soon.

No it would not be extortion, it would be good as it would reduce your
horrible useless posts and increase revenue for other people. You know
it makes sense.

## Letter to Google of February 27, 2003

4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366

February 27, 2003

**Via Facsimile To 650-618-1499**

Kulpreet Rana, Esq.
Google, Inc.
2400 Bayshore Parkway
Mountain View CA 94043

Re:    Cease And Desist Warning/DMCA Violation

Dear Mr. Rana:

Consider this correspondence a formal DMCA notification regarding several aspects of your website:

## I.    Posts From Juicy@melontraffickers.com

Recently, an individual or more than one individual has taken to using an anonymous remailer for the dual purpose of "archiving" anything I post to USENET, by copying the post, and then adding a defamatory commentary and link to a defamatory website (located at www.ray-gordon.com). As the author of my USENET messages, I have the right to decide how, when, and by whom they are "archived" or reproduced. This "trick" is a means of circumventing my copyright, and anytime you archive a posting this way I am going to call it a DMCA and copyright violation and will hold Google accountable under Copyright law. See Exhibit A and your own archives for an example of this.

## II.    Links To www.ray-gordon.com (on USENET or in your web cache/archive)

Additionally, your USENET archives contain many links to the website at http://www.ray-gordon.com, a site which has taken it upon itself to archive, without my permission, many of my USENET postings. I hereby state, under penalty of perjury, that the site currently contains *several* postings of mine for which I have not authorized reproduction (not all posts on the site are mine but many are), as well as a voice-machine message which I also have not currently authorized the reproduction of. A statement on the message that the owner "can do what [he] want[s] with this message" was not permission to copy it, but instead letting him know that he could "do what he wanted" in response to it. The republication of this voice message, plus any or all of the postings on the site which are in fact mine, constitutes another copyright infringement. See your own search engines and caches for more information.

### III.    Defamatory Republication

While Google may be immune from damages for inadvertent republication or archiving of defamatory material, I can and will seek injunctive relief if I have to in order to get defamatory messages about me removed from your archive. There have been several instances where people have either threatened me or defamed me, and "related advertising" links show up, which means you are *profiting* from leaving the defamation intact. The damage is quite extensive due to your

dominant position in the marketplace, and the ability of anyone, including employers, to "google" someone's name. Showing a court just how extensively this is damaging me might tilt the balance against Section 230, and should be sufficient to get me what I seek from you in this letter.

### IV.    Illegal Cache/Search Engine Creation

Your web search engine infringes on my copyright even without your "cache" system. For someone to be able to search what is on my site by its words, you would obviously have to copy the *entire* page of each site for it to be searchable. In the past, you have cached my websites, some of which contained material which had already been registered in Washington, DC with the copyright office. At my request, you no longer make caches of my site available, but even the process of copying it so that people can search for it is a copyright infringement as well. Please be advised that I consider this a form of unfair competition, because Google seems to think it has the right to "rebroadcast the web" without paying any royalties to the original creators of the websites. To this extent, you are like a radio station broadcasting music without paying royalties to the artists.

### V.    Unfair Competition

Please be advised that your illegal search engine and cache system has caused irreparable harm to a business venture of mine which involved a manually created web directory, where only the links would be provided (no need to cache a site or copy it illegally), and where hate websites or copyright infringement would not be picked up by a spider. Because your site does this, I am unable to compete with you without breaking the law.

This letter constitutes a demand for the following, and in no way constitutes any waiver of any of my other rights regarding your actionable behavior above. Please be advised that unless you comply with this demand, I will have no alternative but to force the issue in the federal courts.

I seek the following:

1.    Removal from your archives of all postings from remailer "bots" (or individuals) which copy my previous postings, and an assurance that this conduct will not be tolerated in the future, or even allowed.

2.    Removal from your search engine and your USENET archive of all links to www.ray-gordon.com and an assurance that similar violations will not occur at any time in the future.

In the event you do *not* comply with these two requests, I will ask a court to order same, while seeking damages and recovery of all costs and attorney fees, and will raise the issue of the inherent illegality of your archive and cache system, while seeking royalties for everyone on the internet upon whose backs you have built your company. While I retain the option of suing over those issues, at present I do not intend to do so unless forced. I do believe a key ingredient in winning such a case would be showing that while your archive has many useful purposes, it is too easy a tool for those who want to cybersmear or infringe to use. As an "opt out" system there is no legal foundation for its existence, and an "opt in" system would mean that you'd have to make a conscious decision to accept websites into your engine, while ensuring proper compensation of those whose works you copy without even asking them at first.

You have one week from the date of this fax to remove all traces of infringement from your archives. If one week passes and I still see these messages archived, or if new messages wind up there, or if I see any links or caches to any site which I notify you is infringing on my copyrights, I will be left with no choice but to litigate. If you have to create your own "bots" to prevent archiving or linking, then do so. This is

something I have to resolve, because the way your company is set up is causing me irreparable harm and your role in the harm it causes is extensive…and illegal.

Your assistance is appreciated.

Sincerely,


Gordon Roy Parker

/grp

Subject: Re: Shills never attack those who PAY them
Path: lobby!ngtf-
m01.news.aol.com!ngpeer.news.aol.com!newsfeed1.bredband.com!bredband!news.tele.dk!news.tele.dk!sm
all.news.tele.dk!newshunter!cosy.sbg.ac.at!newsfeed.eunet.at!newsfeed.eunet.at!anon.lcs.mit.edu!nym.alia
s.net!mail2news
From: A.Melon juicy@melontraffickers.com
Comments: This message did not originate from the Sender address above.
    It was remailed automatically by anonymizing remailer software.
    Please report problems or inappropriate use to the
    remailer administrator at abuse@melontraffickers.com.
    Please read http://melontraffickers.com/remailer.html
    before contacting the remailer administrator.
References: <20030226214849.15749.00000138@mb-mm.aol.com>
Newsgroups: alt.seduction.fast
Message-ID: <11f3fa1452b44fbdc41dddb5d26df28b@melontraffickers.com>
Date: Wed, 26 Feb 2003 21:30:44 -0800 (PST)
Mail-To-News-Contact: postmaster@nym.alias.net
Organization: mail2news@nym.alias.net
Lines: 30


Everything you need to know about A Modern Caveman.  FREE!
http://www.ray-gordon.com/  (now over 19,000 hits)

In an effort to inform the many people on Usenet who have been offended, provoked, harassed
or otherwise puzzled by the individual calling himself "Ray Gordon", the above website was
created to detail some of his behaviors, opinions, mental illness, and his tendency to
proclaim himself an expert on pretty much everything. The site is NOT affiliated with Gordon
Parker and he has made numerous threats of legal action against it.

New visitors to alt.seduction.fast are welcomed and directed to the main website
http://www.fastseduction.com
Most seduction discussion has been relocated to the forums on this website, as
harassment and bad behavior is prevented there.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In article <20030226214849.15749.00000138@mb-mm.aol.com>
amoderncaveman@aol.com (A Modern Caveman) wrote:


Remember that, folks, when you see inconsistencies in someone's behavior,
especially if they take issue with someone but then don't take issue with
something similar or worse done by another.


Ray Gordon: BACK by popular demand!
Limited time only!

Everything you need to know about women.  FREE!
http://www.fastseduction.com/

26

**Exhibit G-2**
**Letter To Google Of August 12, 2004**

4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366

August 12, 2004

**Via Facsimile To 650-618-1499**

Kulpreet Rana, Esq.
Google, Inc.
2400 Bayshore Parkway
Mountain View CA  94043

Re:    Defamatory Message Posted By Your User (thehcapper@aol.com)

Dear Mr. Rana:

Please be advised that a ruling was made on July 22, 2004 in the California Court Of Appeals that explicitly stated that ISP immunity under 47 USC §230 does not apply to distributor liability for defamatory messages.  The opinion is one I believe will be persuasive in the US Supreme Court, and as such it will form the basis for any lawsuits against Google for archived postings which I find libelous.

In the case, Grace v. Ebay,[19] that court said:

We conclude that section 230 provides no immunity against liability for a distributor of information who knew or had reason to know that the information was defamatory.

In my letter of February 27, 2003 to you (sent by fax), I warned that I would litigate if the terms of that letter were not met.  Google did not seem to be counting on Grace v. Ebay, and now that the ruling has been made, we have a new ballgame, yet it has not adjusted to the old rules.

A defamation lawsuit will be filed tomorrow or early next week absent your immediate compliance with that letter, your removal of this posting from your archives, and direction as to whether or not you will remove my name from your search results.

Your prompt attention to these matters is appreciated.

Sincerely,

Gordon Roy Parker

/grp

---

[19] The text of the decision in this case can be found at
http://fsnews.findlaw.com/cases/ca/caapp4th/slip/2004/b168765a.html

27

Exhibit A
Post by thehcapper@aol.com

Path:
nwrdny03.gnilink.net!cycny02.gnilink.net!cycny01.gnilink.net!cyclone1.gnilink.net!gnilink.net!wn14feed!
worldnet.att.net!205.188.226.97!ngpeer.news.aol.com!audrey-m2.news.aol.com!not-for-mail
Lines: 16
X-Admin: news@aol.com
From: thehcapper@aol.com (HC)
Newsgroups: alt.seduction.fast
Date: 09 Aug 2004 16:00:52 GMT
References: <U0MRc.97$JE5.51@nwrdny02.gnilink.net>
Organization: AOL http://www.aol.com
Subject: Re: A Ray Gordon tax?
Message-ID: <20040809120052.16070.00002148@mb-m21.aol.com>
Xref: cyclone1.gnilink.net alt.seduction.fast:103308
X-Received-Date: Mon, 09 Aug 2004 12:01:47 EDT (nwrdny03.gnilink.net)

>Given a chance to back away from a Hobbs Act violation, you instead move
>towards one.
>

Given the chance to get the medical help he so desparately needs after a
FEDERAL JUDGE ordered a PSYCHIATRIC EVALUATION, he instead convinces himself
that he's "just fine" and opts to PAY FINES rather than being properly
diagnosed as the gumby headed anti-social freak he is and rather than moving
towards HELP, he instead backs away from the exam as a murderer would back away
from the murder weapon presented as evidence.

Tax Ray Gordon, he deserves to be taxed. Tax him everywhere he posts.

"There was no significant loss of life in those towers, not a one." - Ray
Gordon, AKA Gordon Roy Parker, Internet Newsloon, September 11, 2001, while the
burnings were still burning

Exhibit G-3
**Letter To Google Of August 13, 2004**

4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366

August 13, 2004

**Via Facsimile To 650-618-1499**

Kulpreet Rana, Esq.
 Google, Inc.
2400 Bayshore Parkway
Mountain View CA  94043

Re:    Followup to Letter Of August 12, 2004/Notice of Intent To Litigate

Dear Mr. Rana:

A perusal of your search engine today has revealed the following:

1.    Google is *still* returning search results when my birth name is typed in.  Without stopping this capability for the internet user, it will be impossible for me to halt the flood of defamation against me and invasions of my privacy that are pouring through USENET and other websites archived by Google, including illegal gaming sites.  While you don't take ad revenue directly from those websites, you are using their content to build your audience and traffic.  I consider this a violation of the Wire Act, which is also a predicate RICO violation.   It is also a misappropriation of my likeness and invasion of my privacy/right-to-publicity.

2.    You have not removed the ray-gordon.com website from your cache.  Following is a search conducted at 8:56 a.m. on this day at your site:



3.    The Google Groups archive for "RayFAQ" (from a search at 9:06 a.m. on this date) yielded 4,770 results:



4.    The Google Groups archive for "Gordon Roy Parker" (from a search at 9:08 a.m. on this date) yielded 9,520 results, many of which are defamatory references to me that include links to the RayFAQ, or defamation in general:



5.    There are simply too many defamatory messages in your archive for me to inform you of the need for removal for that would allow me to stop the harm to my reputation. The ability to search for my birth name should be removed from your site *immediately*.

6.    Any and all references to "ray-gordon.com" and "RayFAQ" (where my name is involved) should also be removed from your search engine, again, immediately.

While there are past issues that apparently won't be resolved without litigation, and for which I will be filing early next week at the latest, going forward, if Google wishes to mitigate its damages, it needs to remove my birth name and "Ray Gordon" from its search results (unless it wants to remove every individual defamatory message directed at me under the Ray Gordon name). It also needs to either stop archiving messages from users for which it has been notified are defaming me, or be prepared to take responsibility for their defamation (the first user reported is thehcapper@aol.com, who has posted yet another flurry of defamatory messages this morning). It should also remove the term "Snodgrass Publishing Group" unless it is willing to accept liability for any resulting archived defamation.

Time is of the essence here. I am not going to roll over and play dead while people on the internet use Google as a battering ram against me, with Google making a conscious decision to stand down. The obvious class-action potential of this type of lawsuit should have Google reviewing its business model and practices, because I am far from the only person who is experiencing this. More than 99.9 percent of the damage I have suffered in my life because of internet conduct was caused by Google, who has also profited from it while conveniently harming an employment whistleblower. This conduct is simply not tolerable.

Please contact me *today* if you have any questions or need further assistance. This matter will be moving to federal court within two business days; how it arrives there will depend in part on your conduct today and over the weekend.

Sincerely,

Gordon Roy Parker

/grp

**Exhibit G-4**
**Letter To Google Of August 17, 2004**

4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366

August 17, 2004

**Via Facsimile To 650-618-1499**

Kulpreet Rana, Esq.
Google, Inc.
2400 Bayshore Parkway
Mountain View CA  94043

    Re: Followup to Letters Of August 12-13, 2004/Notice of Intent To Litigate

Dear Mr. Rana:

  An update on my previous letters follows here:

1. It appears that Google does not maintain a long-term archive of posts from thehcapper@aol.com. A search for his name shows no postings.  It appears that he is removing his postings from his archives.

2. Google has archived the following messages which I consider defamatory against me.  Please remove them from your archive immediately.  They include:

  a. Message ID 20040810215333.16791.00002486@mb-m20.aol.com, authored by **MarciaDP@aol.com**, which contains the following defamatory statements:

> With an ever-increasing inability to post anything original, and unwilling to take no for an answer and accept clinical refutations to his claims, Gordon Roy Parker, in the guise of Ray Gordon, self-proclaimed "authority" on hypnosis (among other things) has once again 'ctrl-C'd, ctrl-V'd' his sadly delusional fantasy/wish fulfillment regarding stage hypnosis and school performances, attempting to attack the professionalism of stage hypnotists.

  b. Message ID 8fOTc.13359$jZ5.13075@clgrps13, authored by "Brian Anthony," which is entitled "Ray Gordon's Address And Phone Number" and which contains the following invasion of privacy and defamation (claiming I need involuntary commitment and calling my business a "suspected scam business" is defamation):

> >
> > Incorrect.
> >
> > Just a snippet, because I do not subscribe to the "Copy and paste when someone
> > can look it up themselves" method:
> >
> > § 7304. Court-Ordered Involuntary Treatment Not To Exceed Ninety Days.
> > (a) Persons for Whom Application May be Made.--
> >
> > A person who is severely mentally disabled and in need of treatment, as defined
> > in section 301(a), may be made subject to court-ordered involuntary treatment

32

> upon a determination of clear and present danger under section 301(b)(1)
> (serious bodily harm to others)                         .
>

Yep.
Anyway, here's that address you were looking for (below)
                    - Gordon Roy Parker,
                    (aka. Ray Gordon, psycho/asshole)
                    4247 Locust St, Apt 806,
                    Philadelphia, PA 19104
                    Phone: 215-386-7366
Gordon, Ray  (EVCKISKKZI)
amoderncaveman@aol.com
Snodgrass Publishing Group [suspected SCAM business]
P.O. Box 42814
Philadelphia, PA 19104
Phone: 215-386-3414

I noticed that three sponsored links appeared in the archive for the post in 2) above.  For a company that claims "do no evil" as its motto, you have an odd definition of what constitutes evil and what does not.

Please remove the two defamatory messages from your archive immediately and preserve them as evidence for any lawsuit.  I also noticed that you have not disabled searches of my birth name and as such you intend to litigate that matter.

Please contact me if you have any questions or need further assistance.

Sincerely,

Gordon Roy Parker

/grp