IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER       :<br>:<br>:<br>v.       :<br>:<br>GOOGLE, INC.       : | CIVIL ACTION<br><br>NO. 04-CV-3918 |

## ORDER

AND NOW, this 18th day of May, 2006, upon consideration of Plaintiff's Motion For Reconsideration Of Order Dismissing Case And For Leave To File a Second Amended Complaint (Doc. No. 19), Defendant's response thereto (Doc. No. 22), and Plaintiff's Supplemental Pleading (Doc. No. 23), it is ORDERED that Plaintiff's Motion is DENIED.[1]

Judgment is ENTERED in favor of Defendant Google, Inc. and against Plaintiff Gordon Roy Parker.

IT IS SO ORDERED.

BY THE COURT:

/s R. Barclay Surrick

_____
R. Barclay Surrick, Judge

---

[1] "The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985). Courts should grant these motions sparingly, reserving them for instances when (1) there has been an intervening change in controlling law, (2) new evidence has become available, or (3) there is a need to correct a clear error of law or fact or to prevent manifest injustice. *Gen. Instrument Corp. of Del. v. Nu-Tek Elecs. & Mfg., Inc.*, 3 F. Supp. 2d 602, 606 (E.D. Pa. 1998). "A motion for reconsideration is not to be used as a means to reargue matters already argued and disposed of or as an attempt to relitigate a point of disagreement between the Court and the litigant." *Corneal v. Jackson Twp.*, 313 F. Supp. 2d 457, 472 (M.D. Pa. 2003) (internal citations omitted).