UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-3074

GORDON ROY PARKER, Appellant

v.

GOOGLE, INC.; JOHN DOES # 1-50,000

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 04-cv-03918)
District Judge: Honorable R. Barclay Surrick



Submitted Under Third Circuit LAR 34.1(a)
March 23, 2007



Before: BARRY, CHAGARES AND ROTH, <u>CIRCUIT</u> JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered May 19, 2006, be and the same is hereby affirmed. The parties shall bear their own costs. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: July 10, 2007

Page 2
Parker v. Google Inc
Docket No. 06-3074

Certified as a true copy and issued in lieu
of a formal mandate on August 1, 2007

Teste: *Marcia M. Waldron*

Clerk, U.S. Court of Appeals for the Third Circuit.